ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Ahmad AL-Kaysey_

CV 11 - 6318

COMPLAINT

_Jury Trial Demanded_

NAME OF PLAINTIFF(S)

v.

① _L-3 Services Inc, Lots Division, L-3 Com_

② _Global Linguistic Solutions_

③ _ODA 5224 Special Forces, US Army_

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** _In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission._

     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** _In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission._

     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission._

-1-

Jurisdiction is specifically conferred upon this United States District Court by the

aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate

under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991,

Pub. L. No. 102-166, and any related claims under New York law.

1.  Plaintiff resides at:

_31 Prentice Road_
Street Address

_Levittown_, _NY_, _11756_, _516-390-8926_
County        State       Zip Code   Telephone Number

2.  Defendant(s) resides at, or its business is located at:

_See attached Sheet for Full details of defendants_
Street Address

_____, _____, _____, _____
County   City   State   Zip Code

3.  The address at which I sought employment or was employed by the defendant(s) is:

_Baghdad, Iraq_
Street Address

_____, _____, _____, _____
County   City   State   Zip Code

4. The discriminatory conduct of which I complain in this action includes (check only those that apply).

_____ Failure to hire.

___✓___ Termination of my employment.

_____ Failure to promote.

_____ Failure to accommodate my disability.

_____ Unequal terms and conditions of my employment.

_____ Retaliation

_____ Other acts (specify): _____.

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
   ____08 - 02 - 2010_____.
   Date(s)

6. I believe that the defendant(s) (check one)

   ___✓___ is still committing these acts against me.

   _____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
   (check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

   [✓] race _____    [✓] color _____

   [ ] gender/sex _____    [✓] religion _____

   [✓] national origin _____

   [ ] age _____    My date of birth is: _____
                                                    Date

   [ ] disability _____

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

-3-

8.   The facts of my case are as follows:

The defendants (1) L-3 Services Inc., Lots Division,
L-3 Communications, 600 3rd Ave., New York, NY 10016
(703) 390-7600- (2) Global Linguistic Solutions (GLS)
(3) Operation Detachment Alpha 5224 Special
Forces, US Army
Committed the following acts against me:
Pleas see attached statement and Exhibits for
details.

(Attach additional sheets as necessary)

**Note:**   As additional support for your claim, you may attach to this complaint a copy of
the charge filed with the Equal Employment Opportunity Commission, the New
York State Division of Human Rights, or the New York City Commission on
Human Rights.

9.   It is my best recollection that I filed a charge with the New York State Division of Human

Rights or the New York City Commission on Human Rights regarding defendant's

alleged discriminatory conduct on: _04-19-2011_.
Date

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct on: _03-24-2011_
Date

-4-

**Only litigants alleging age discrimination must answer Question #11.**

11.   Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct (check one),

_____        60 days or more have elapsed.

_____        less than 60 days have elapsed.


12.   The Equal Employment Opportunity Commission (check one):

_____        has not issued a Right to Sue letter.

____✓____        has issued a Right to Sue letter, which I
                 received on _10 - 27 - 2011_.
                                    Date

**NOTE:**   Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
            Commission to this complaint.

          WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, costs, and attorney's fees.


                                        _Thmad Key_
                                        PLAINTIFF'S SIGNATURE

Dated: _12 - 27 - 2011_


                                        _31 Prentice Road_
                                        Address
                                        _Levittown, NY 11756_
                                        _516 - 390 - 8926_
                                        Phone Number

# Defendants

1-   L-3 Services Inc., Lots Division of L-3 Communications,
     600 3rd Avenue, New York, NY 10016.
     703-390-7600

2-   Global Linguistic Solutions (GLS),
     1390 Fairview Park Drive, Falls church, VA 22042.

3-   Operation Attachment Alpha (ODA-5224), 5th Group Special Forces, US Army,
     6101 Tennessee Avenue, Fort Campbell, Ky 42223.

## Statement by Ahmad Al-kaysey

## Introduction

1- I was hired by L-3 Services Inc., Lots Division of L-3 communications as Category III Linguist in Iraq from 01/29/2005 till 08/07/2010. L-3 had a contract with the Department of Defense (DOD) for linguistic services, and later had a sub contract with Global Linguist Solutions (GLS). L-3 lost their contract with DOD due to deficiency of services. At this time, GLS was contracted by the DOD to provide these services. It was while working in Iraq under this sub-contract relationship that I was terminated.

2- I filed my charge with Equal Employment Opportunity Commission (EEOC) on 3/24/2011 and also filed with the NYS Division of Human Rights on April 19, 2011. I filed my charges within reasonable time and entitled to receive justice. I was given a letter of Right to sue by the EEOC dated October 21, 2011 **(See Exhibit 1-Right to Sue letter)**

3- I worked all the five and half years with the US Army Special Forces including 5t and 10th Groups. I received several recommendation letters and Coin award from commanders of the US Army Special Forces units I served through the five years of deployment. **(See Exhibit 2- Recommendation Letters and Award))**

4- **All three defendants L-3 Services Inc., Global linguist Solutions, and ODA-5224, 5th Group Special Forces/US Army violated my constitutional rights to a due process under the 5th and 14th Amendments.**

### **Operation Attachment Alpha (ODA-5224), 5th Group Special Forces, US Army, 6101 Tennessee Avenue, Fort Campbell, Ky 42223.**

5- The last Army unit I worked for was US Special Forces (ODA 5224/5th Group). During their 2nd rotation (March-October 20110) at Camp Tiffner in Baghdad. ODA 5224 team was missing five of the finest members from the previous rotation and was replaced with two members known for their bias views. One member is Sgt.Daniel Clarke who is proven by the US Army record as a racist and was demoted to E-5 rank in 2009 by US Army Court Marshal due to his racial assault on fellow African-American soldier. The second member was Team Sergeant William Tk., E-8 rank, who expressed his racism and bias views in the open toward Islam, Arabs, Iraqis and anyone sympathize with them.

6- Sgt.Daniel Clarke on two separate occasions between May and July 2010 called me "Sand Nigger", "Camel Jockey" since I am an Iraqi descends. Sgt. Clarke expressed his anger and hate toward Muslims, Arabs and Iraqis due to his multiple rotations in Iraq, his fear of getting hurt in Iraq as well as being ripped off by an Iraqi local national informer for $1,350 in May 2010 for a failure task.

Sgt Clarke projected his racial anger and jealousy toward me because of my background as Muslim Iraqi descend, my salary that exceed his salary by more than four time and that I will have a brighter future upon return to the USA with higher salary than him again.

7- Team Sgt.William Tk. was no better than Sgt Clarke in his view toward Muslims, Arabs and Iraqis. He resented me during our mission providing security to the Iraqi Electoral Committee in May 2010 vote recount because I was practicing my faith as a Muslim during break time. Sgt.William Tk. expressed his view openly and stated to me that "practicing your faith as Muslim is waste of time", "Islam is faith of violence" Team Sgt William Tk. expressed his views toward Iraqis are no more than "Sand Niggers" , "Monkeys" , people with no pride, and he has no respect for them or me since I am Iraqi descend. Sgt.William Tk. resented me for sympathizing with the Iraqis local national who work for us and jeopardize their lives for our sake. He insulted me verbally using racial remarks in 1, July 2010 for providing guidance to one of our local employees to migrate to the USA by stating "only inferior will help inferiors to migrate to the states".

8- Both of the above members of ODA 5224 along with the rest members were involved in variety of violations of code of conduct including Ethical Standards violation, Fraud and abuse of US Army Funds, abuse of authority, Alcohol abuse, animals' cruelty, harassment and discrimination toward me and toward Local Iraqi National employees. ODA 5224 intentionally and deliberately delayed the salaries of over 45 Iraqi local national workers (Guards and house help) for several weeks at a time because of the bias views they hold against Iraqis.ODA 5224 denied salary payment for local employee (auto mechanic) for two months without justification . The local employee migrated with his family to the USA and filed a complaint with the Criminal Investigation Division (CID) of the Army seeking salary compensation.

9- ODA 5224-is under investigation by the Army Inspector General for corruption, violation of Ethical Standards, and abuse of government funds). I reported them anonumsly to the Inspector General of the Army along with supporting evidence, video and documentation; and an investigation was opened (Case # 117634 and Case # 117699).

10- I couldn't report these incidents neither to the team commander "Captain Timothy Schumacker" since he is on their side or to my employer who stands by the policy of "employment at will, if I don't like it, then resigns!" I also feared for my safety from retaliation by the unit while in Iraq if I reported them to the Army Inspector General or their Brigade Commander.

11- Around the beginning of June 2010, an informer of ODA 5223 at Camp Tiffner contacted me by phone. He was seeking my advice as he was dissatisfied with his earnings and not receiving his reward for turning four wanted terrorist to ODA 5223 almost 3 months earlier. The informer was seeking transfer of his information services from ODA 5223 to ODA 5224.

I encouraged the informer to continue providing information to his unit and to address his dissatisfaction directly with them. Furthermore, I instructed the informer not to contact me again.

Note that the informer had my contact phone information because during the years 2005 - 2007 he was providing services to the unit that I was assigned to at that time at Camp Justice.

12- I reported the above event to my unit (ODA 5224) at once. A meeting took place around the beginning of June 2010 and I was insulted by the Team Sgt. William Tk "you have very low standard compared to other linguists", "I resent you for providing guidance to local national employees about America because we do not need this type of inferior people in our society". Sgt.Daniel Clarke and Cpt. Tim Schumacher were present at the meeting.

13- ODA 5224 failed to replace my telephone sim card (electronic chip with phone number assigned) in order to avoid any unwanted calls including the above call. Telephone and sim card is the responsibility of the unit to replace for all the linguists upon arrival to their work location at Camp Tiffner.

I replaced the phone sim card after the above call at my own expense and no further calls were received. Some ODA 5224 members assured me at the time that my reaction to the above encounter was appropriate since it was brought to the attention of the unit at once and no further action will be taken.

14- Beside the above encounter, I never spoke with any informer that was not assigned to me by ODA 5224 or prior ODA teams at any time prior or after the above encounter. I am mature. Educated, aware of my responsibilities, and would never jeopardize my career, safety, or security of anyone.

15- I was terminated from employment because ODA 5224 Army Special Forces unit wrote me up on August 2, 2010 on baseless ground and without any justification, evidence, sworn statement, or witness of any kind accusing me of communicating with a former informer multiple times over 20 months period. This accusation is no more than cover up for their racial and discriminatory motivation to ruin my career due to my race, religion, and background. **(See Exhibit 3-Termination E-mail)**

16- On August 2, 2010, I heard the team Sgt. William Tk. speaking with the unit member who was in charge of the linguist (Alexander McCoy) and asked him "did Lance (my nick name) take the medical leave? Alex responded: Nope, the team Sgt. William Tk said, that is it, let's do it and get rid of him! Indeed, I was called in for a brief and intimidating meeting where I was insulted and ordered to pack my bags. I was not presented with any supporting evidence, witnesses, or sworn statement to the allegations they claimed.

Page 3

I was not allowed to talk at all. Most of my properties of electronics and clothing were confiscated by ODA 5224 without justification. ODA-5224 Special Forces/US Army violated my civil rights under the 5th and 14th Amendment of the US Constitution and deprived me from the constitutional right to procedural due process.

17- I was driven to Baghdad Airport complex where I was taken to GLS office. I requested to speak with legal department or Human Resource Manager. My request was denied. My bags were searched thoroughly and my computer, external hard drives were taken away from me.

18- The incident report of August 2, 2010 is unsubstantiated and does not reflect any fact. The report contradicts itself! The unit was conducting highly sensitive intelligence operation including surveillance on all informers' phone numbers and cannot detect 500-600 calls in 20 months that presumably took place between the informer and me? Why couldn't ODA 5224 be specific about the exact number of presumed calls rather than give a random number? ODA-5224 did not provide any evidence such as phone record, phone invoices, witnesses or communication log for any of the alleged calls because the calls did not take place or exist. I am willing to submit through investigation and take a polygraph test if necessary to prove my innocence.

19- **ODA-5224 with coordination with GLS and L-3 Services, Inc. aimed to force me to take medical leave or termination! ODA-5224 fabricated the scenario of the phone calls to show a cause for termination while the real motive of ODA 5224 was discrimination due to my race, faith and background. All three defendants L-3 Services Inc., Global linguist Solutions, and ODA-5224 Special Forces/5[th] Group, US Army violated my constitutional rights to a due process under the 5th and 14th Amendments.**

20- Below, I am illustrating few facts of ODA 5224 violations to the contract with GLS/L-3 as well as violations to the US Army Regulation in order to understand the history, ethics, and credibility of this racist, fraudulent, and corrupt unit. I witnessed, experienced, and lived all the events and willing to testify in any court of law regarding these violations.

21- On five different times, ODA 5224 brought in five to six Iraqi local national teenager prostitutes and stayed overnight at Camp Tiffner to entertain some of ODA 5224 team members. ODA 5224 demanded from the US hired linguists to interpret through the night in order for the team to fully enjoy the night. The prostitutes were paid $450 each at every occasion at the cost of US Government expense (Fraudulently falsifying financial receipts to cover these expenses).

22- ODA 5224 allowed one US hired CAT II L-3 linguist to own and run non registered Iraqi local national company (Alyousf Office) under his birth name and contract him to provide them services. Invoices were made with over charged prices or for none existing services or purchases for the purpose of personal financial gain of the team.

Page 4

All Alyousf Office invoices were made on camp premises via Microsoft Word software program. **(See Exhibit 4-Alyousf Contract).** In reality, ODA 5224 had five Iraqi local national house help (1 Cook-$600/month, 1 Mechanic-$900/month, 2 housekeepers-$600/month each, 1 electrician-$600/month) while collected salaries of more personnel illustrated on Alyousif contract at almost double the rate per month and kept the difference for personal financial gain.

23- ODA 5224 allowed the above US hired L-3 Linguist to own a brand new white Toyota Camry 4 door sedan and to drive in and out of Camp Tiffner to anywhere in Baghdad without any escort; purchase liquors and steroid injections (e.g. Sustanon, Winstrol, and Dianabol) from the local market for the team; visit relatives. Note that Camp Tiffner is located in the most dangerous section of Baghdad (Adhamiya-stronghold of Al-Qaida in Iraq).

ODA 5224 Unit members risk lives of American Linguist. **This act is in violation of the Oconus Contract between the US Army and Global Linguist Servic**es and subcontractor L-3 Services, inc. ODA 5224 endangered the life of US Citizen CAT II L-3 linguist daily.

24- ODA 5224 allowed the above CAT II L-3 linguist to get married to an Iraqi local national, have a glamorous wedding downtown Baghdad and go on a few days honeymoon at the expense of L-3 payroll, and file a petition to bring her to the US while still working for L-3 in Iraq. This is a violation of the contract between DOD and GLS/L3.

25- ODA 5224 allowed the above CAT II L-3 linguists all the luxuries because they were benefiting financially through the company scam they formed through him. ODA 5224 never reported any of the above violations to their superior commanders, GLS, or L-3.

Thousands of Dollars of claims have been made for the purchases of weekly food supplies from the local Iraqi market, while only $250 at most would be spent for food per week. Food supplies from KBR are delivered every two to three weeks to Camp Tiffner and that is what everyone lives on. The money that is siphoned from this transaction is used to support the Unit's heavy drinking habits of hard liquor; purchases of steroids, protein supplements and personal accessories and gadgets. Receipts were either made at Camp Tiffner via MS Word or purchased in a booklet of assorted receipts for $2 from the local market.

26- ODA 5224 engaged in drinking hard liquor and provided liquor, Beer at the cost of US government expenses to everyone who drinks including linguists, US National Guards. ODA 5224 breached the security of the camp with this act and risked the life of everyone on camp. **(See Exhibit 5-Video CD)**

27- ODA 5224 discriminated and mistreated all Local National Iraqi employees, calling them with derogatory names such as "Monkeys, Towel Heads, Sand Niggers, Camel jockeys", deliberately delayed paying their salaries for few weeks to few months at a time without a cause other than discrimination. ODA 5224 denied paying salary to one of the local national employee (mechanic) for two months (May-July 2010) for auto mechanic services without justification. **A complaint was filed by this employee with the US Army Inspector General and under investigation. ODA 5224 decreased the food allowance and drinking water supplies to the Local Iraqi national employees, and always considered them as inferiors and has no pride or dignity.** Money assigned to Iraqi local national informers for their services was never paid in full! Informers aim to provide information that leads to the capture of high-profile terrorists. Every visit the informer receives at maximum of sixty dollars while recorded on file and charged at way higher rate and pocket the difference. Furthermore, these informers in exchange of providing intelligence, they expect to receive reward as posted by the US Army across Iraq. The informers in most cases never see the reward money or get very small portion of the amount even though the unit files and collects the full reward. There is no control or supervision over how these funds are being used or distributed. US Army designed a program to help some informers financially to open business. Informers never receive the full amount by ODA 5224!

28- **ODA-5224 was cruel toward all kind of animals**. They killed every dog and cat they got their hand on at Camp Tiffner and surrounding area. They used to hunt daily for seagulls, pigeon for fun using governmental fund to buy hunting ammunition for their shot guns from the local market. All killed animals are left unattended causing health hazard to all personnel on camp. In July 2010, ODA 5224 even targeted the fish in TheTigirs River using hand grenades and rifles for fun! **(See Exhibit 6- Photo of ODA members with fish being shot and arrowed!).**

29- During 2010 rotation of ODA 5224, I was targeted by members of the ODA 5224 unit and was discriminated due to my race, background, and faith. I was called derogatory words such as "Sand Nigger, Camel Jockey, your Islam faith encourages violence and your practice of Islam faith is a waste of time "repeatedly, insulted, and finally falsely accused of an act I did not do that cost me my employment and career.

30- The above are some of many violations that ODA 5224 deliberately committed. It is my obligation to report ODA 5224 violations to the US Army Inspector General as a good citizen and according to the Army code of conduct regulations.

### Global Linguistic Solutions (GLS), 1390 Fairview Park Drive, Falls church, VA 22042.

31- GLS Site Manager Nathan Blythe, Jeff Payne, Site Administrator, and Lynn Pentecost, Regional Manager in Baghdad did not bother to investigate the allegation or reach out to me to hear my side of the matter before terminating my employment on August 3, 2010.

L-3 on the other hand did not bother to investigate the matter either and terminated my service on August 7, 2010.

32- Around the Mid of July 2010, I submitted a request for two weeks vacation plus a week leave without pay starting August 11, 2010, to Mr. Jeff Payne, Site Administrator. I received a reply from Mr. Payne on July 19 indicating that "Per L-3 they have denied your PTV due to your medical Issues. They request that you depart theater on Medical leave". I did not have medical issues at the time! I was surprised by the denial and requested an explanation or justification to the denial that I did not get from GLS or Alex McCoy-ODA 5224 member in charge of linguists' affairs with GLS. **(See Exhibit 7-e-mail communication)**

33- By July 30, I did not receive vacation approval from Mr. Payne and wrote an e-mail to Ms. Lynn Marie Pentecost seeking her intervention regarding my vacation approval. Ms.Pentecost responded that "I will look into the situation and let you know what I find out". Ms. Pentecost was at one point my site manager before getting promoted and is well known for her swift response within hours regarding any issue addressed to her. Ms.Pentecost shares office with Mr. Jeff Payne, Site Administrator and Nathan Blythe, Site Manager. Ms. Pentecost did not reply to my e-mail for the next four days!! **(See Exhibit 8-e-mail communication)** .

34- During my vacation request process, ODA 5224 were involved and communicating with the Mr. Jeff Payne, site administrator, Nathan Blythe (My site Manager at the time), and Lynn Pentecost, Regional Manager and L-3. Team Sgt. William TK denied my request to go with them on the trip of July 30, 2010 to the International Zone in order to meet my site manager in person and stated "We will take care of it for you!" MY Point of Contact (POC) (Sgt. Alex Mc Coy-ODA 5224 member) met with Mr. Nathan Blythe and Jeff Payne on July 30, 2010 at GLS office behind closed doors according to a co-linguist who worked with me for ODA 5224.

Upon his return to base, Sgt.McCoy declined to reveal to me why my vacation request was denied by GLS and L-3. All what Sgt.McCoy stated was "I don't know why your vacation request was denied, L-3 wants you to go either on medical leave or no vacation!" and walked away. Sgt. Mc Coy was nervous and could not have an eye contact with me during our conversation above upon his return to the base on July 30, 2010.

35- On August 2, 2010, I heard the team Sgt. William Tk speaking with the unit member who was in charge of the linguist (Alex McCoy) and asked him "did Lance (my nick name) take the medical leave? Alex responded: Nope, the team Sgt. William Tk said, that is it, let's do it and get rid of him! Indeed, I was called in for a brief and intimidating meeting where I was insulted and ordered to pack my bags.
I was not presented with any supporting evidence, witnesses or sworn statement to the allegations they claimed. I was not allowed to talk at all.

Page 7

Most of my properties of electronics and clothing were confiscated by ODA 5224 without justification.ODA-5224 Special Forces/US Army violated my rights under the 5th and 14th Amendment of the US Constitution and deprived me from the constitutional right to procedural due process.

36-    I was driven to Baghdad International Airport Palaces complex (BIAP) on the late evening of August 2, 2010 where I was taken to GLS office. I requested to speak with the legal department, L-3 representative or Human Resource Manager. My request was denied. My bags were searched thoroughly and my computer, external hard drives were taken away from me.

37-    In the evening of Aug.3, 2010, I was presented with termination letter by GLS clerk demanding my signature. I refused to sign or acknowledge the termination because it was unjustified, without any supporting evidence, and in violation of my constitutional right for due process under the 5th and 14th Amendments. I was denied access to speak with Human Resources personnel, Legal advocate, or access to L-3 representative.

38-    I was placed for 60 hours continuously under guard surveillance till I departed Iraq to Kuwait.

39-    In Kuwait, I was not given a return ticket to the USA by either GLS or L-3, and I end it up buying my own ticket at my own expense to return to the USA.

40-    GLS forced me and other linguist to sign a new contract in April 2009 to agree for pay cut of 35% or face termination. GLS and L-3 refused to provide us access to legal advocate for this matter and took advantage of us being away from home; the economy back in the state is weak with few jobs available, and that we have no access to an attorney for consultation.

**L-3 Services Inc., Lots Division of L-3 Communications, 600 3rd Avenue, New York, NY 10016.**

41-    I was hired by L-3 Services Inc., on January 29, 2005 and was terminated on August 7, 2010.

42-    I was assigned to work with the US Special Forces from the beginning to the end of my deployment. **I worked every day, 7 days a week and being on call 24/7. I did not receive payment for these additional hours in violation of my Federal employment right to fair wages. Linguist assigned to the regular army units has a shift to work while linguist working for the Special Forces are on call 24/7.**

43-    L-3 Services, Inc. did not give me an equal opportunity to present my side of the issue or provide me with any evidence of any kind, credible witness, or sworn statement related to contract/security violation to justify their action of termination.

Page 8

L-3 violated my constitutional rights and deprived me from my procedural due process under the 5th and 14th Amendments. Furthermore, L-3 filed an incident report with JPAS that deprived me for obtaining any further employment that require clearance.

44- Upon return to the States in August 2010, I contacted L-3 Services, Inc., LOTS Division, Human Resources Director Dorothy Lawrimore by phone around the 20th of August, 2010 regarding issues of unjust termination and logistics. Ms. Lawrimore responded in apologetic manner and asks me to submit an updated resume for stateside consideration.

45- I was unaware of the incident report being filed by L-3 till I applied for a job opportunity with Mission Essential Personnel, LLC and was declined due to the incident report existence on my JPAS Account.

46- I contacted Ms.Joy C. Ashcraft, Facility Security Officer at L-3 who provided me information about getting the incident report however, Ms. Ashcraft did not indicate that L-3 is who filed the report with JPAS and did not provide me with any content of the report . On December 1, 2010 I contacted Ms.Ashcraft again regarding the incident report and she responded back on Dec.21, 2010 with " I haven't forgotten about you Mr. Al-Kaysey. I'm still waiting for the report from GLS so that I can send it to you. I'll let you know as soon as I receive it." **(See Exhibit 9-E-mail communications)).**

47- It took me over four months before I was able to obtain a copy of the report as along with a copy of all my record related to the clearance investigation. L-3 deliberately derailed my quest to get the incident report on time for unknown reasons. No supporting evidence, logs, invoices recording or sworn statement related to the incident report was among my record.

48- Many stateside job opportunities came up with L-3 and other firms such as Calnet, Mission Essential, Dyncorp, The Buffalo Group and other companies; all my applications were rejected including the one with L-3 due to the incident report filed by L-3 with Joint Personnel Adjudication Services ( JPAS). I possess Top Secret Clearance and it is still active. **(See Exhibit 10).**

49- It has been 16 months and I have been unable to be considered by several companies who have opening in the linguistic field that I qualify for and meet their entire requirement due to the standing incident report on my JPAS account. **The latest job opportunity rejection was December 14, 2011 by Veritiss, LLC due to the incident report filed by L-3 with Joint Personnel Adjudication Services (JPAS)( See Exhibit 11).**

Page 9

50-    I appealed to L-3 Communications President, Mr. Michael T. Striance to intervene and request an investigation in exchange for volunteering my service to the company but, my request was declined. L-3 response of April 11, 2011 avoided dealing with the issue of termination and incident report at all cost even though L-3 knows it violated my employment rights and deprived me from my constitutional rights for due process under the 5th and 14th amendments. **(See exhibit 12).**

   L-3 indicated in its response to my charge with the NYS Division of Human Rights that "L-3 treated Mr. Al-kaysey fairly and in keeping with all the laws. His allegations are not against L-3. L-3 had no reason to contest the Special Forces ODA's written request for removal due to security violations in August of 2010, and does not currently have the ability to request the government investigate the incident report in JPAS."

   L-3 never had the intention from the beginning to give me a fair chance and investigate the above matter or hear my side of the issue before making the termination decision on Aug.7, 2010. L-3 could have removed me from theater and give me a fair chance to present my case before making wrongful judgment. L-3 honored the discriminatory decision of ODA-5224 and violated my employment and civil rights to a fair hearing , equal opportunity to present my side of the issue, and deprived me of my due process under the 5th and 14th amendments.

   L-3 denies the availability of stateside employment where L-3 could use my services.

   **(Exhibit 13-applications log)** shows 29 employment opportunities were available with L-3 between Aug.2010 to Feb.2011 that matches with my skills and qualifications and I applied for every one of them but, I was not considered for anyone of them. One of those opportunities was that On January 19, 2011, my application for employment with L-3 was denied due to the incident report on my JPAS account.

51-    I have contested the Incident report with the Defense Industrial Security Clearance office (DISCO) seeking an investigation to the incident report to be open.**(see Exhibit 14-Response of DISCO).** I was informed that an employer has to hire me and request to open an investigation.

52-    I also contested the incident report and requested supporting evidence from Colonel Mark E.Mitchell, Commander of the 5th Special Forces Group where ODA 5224 and Lt. Daniel O'Connor belongs and received a single letter from him indicating " I was not in any way then, nor I can be now, involved in matters related to your termination or annotations made to your Joint Personnel Adjudication System record. USF-I authorities have advised that this is a matter to be resolved strictly between you and your civilian employer and that any additional due process that is available must be routed through L-3 communications". Col.Mitchell disregarded and did not respond to my complaint regarding Sgt. Daniel Clarke or Sgt.William Tk abuse and discriminative acts toward me. **(See Exhibit 15).**

53- I also requested an amendment/expungement to the report through the FOIA/PA but my requests went unanswered. **(See Exhibit 16-FOIA correspondence)**

54- I contacted the US Army Intelligence and Security Command , Defense Security Services (DSS), US Army Special Operation Command (USASOCOM), US Office of personnel Management seeking any supporting evidence, record, invoices related to the incident report and was told no such record exist.

55- As of today, the respondent s GLS, L-3 Services, Inc. and ODA 5224' failed to offer any justification, supporting evidence, or witnesses to their action of terminating my employment other than a copy of a baseless e-mail from 1st Lt. Daniel O'Connor, US Army Special Forces, Operation Detachment Alpha (ODA).

GLS and L-3 failed to contact Lt. O'Connor to seek supporting evidence to this matter in order to justify its course of action in terminating my employment.( See Exhibit 16 L-3President response). Further, GLS violated my employment rights when decided to terminate my employment without justification or evidence presented.GLS also violated constitutional rights to due process under the 5th and 14th amendments of the US Constitution.

56- L-3 is a sub-contractor to the Department of Defense and can at minimum seek further details and supporting evidence to the e-mail they received from 1st Lt. Daniel O'Connor in order to take a fair and just action. L-3 has not at any point made an effort to investigate this matter (O'Connor' e-mail), the abuse I went through and the deprivation of my procedural due process by ODA 5224 and GLS and terminated my employment despite lack of evidence, witnesses, and inconsistency in the content of the 1st Lt.O'Connor's e-mail information.

57- Upon returning home, I was in shock of the humiliation I went through at the end of my 5 ½ years of faithful services to L-3, GLS, and the US Army . I also needed to consult with few employment discrimination lawyers before filing my charge.

58- Furthermore, L-3 and GLS Site Managers and HR practice the policy of "employment at will, if you don't like it, here is the resignation form, sign it and go home." This is in violation of the Federal labor laws and employment rights.

59- There are several negative experiences I went through with L-3 Administrative staff. In July 2007 I found out that my investigation case for clearance was closed by L-3 for 13 months (June 2006-July 2007)because L-3 failed to inform me that I needed a subject interview with an investigator upon my return to the states on vacation to clarify a simple issue related to my clearance application (SF-86).

This incident is a true negligence of L-3 that delayed my upgrade to CAT III for 13 months and cost me over fifty thousand dollars of loss wages (there is a difference of fifty thousand dollars between Cat II and Cat III linguist salary per year).

60-    I recall in the summer of 2008 where I met the L-3 HR Deputy Director seeking 2 weeks' vacation and additional week of leave without pay to attend family matter and presented to him with the unit approval for all the time off. The Deputy Director rejected my request of time off and said "I don't care what circumstances you have, you are not getting any leave beside your PTO, if you don't like it, resign now".

61-    Another encounter was on June 27, 2009 while at L-3 office at the Zoo Section of BIAP, I experienced severe dehydration and heat exhaustion due to the extreme weather condition in Iraq.

I collapsed twice on two consecutive days at L-3 Office while getting my CAT III assignment process. None of L-3 staff show any attention or offer any type of help. Fellow linguist offered his help and took me to the Clinic. L-3 management office was closed in Mid-July 2009.

62-    I filed my charge with Equal Employment Opportunity Commission (EEOC) on 3/24/2011 and also filed with the NYS Division of Human Rights on April 19, 2011. With both agencies, the respondent was L-3 Services only.

I filed my charges within reasonable time and entitled to receive justice. I was given a letter of Right to sue by the EEOC dated October 21, 2011**(See Exhibit 1-Right to Sue letter).**

**I served the US Army and L-3 faithfully and put my life on the line many times for the sake of succeeding in the Operation Iraqi Freedom for 5 ½ years. Rather than L-3 reward me for my services, It violated my employment rights and cost me emotional pain, suffering, and ruined my future career for employment in the linguistic, intelligence or any field that require clearance.**

63-    L-3 response to my charge with NYS Div. of Human Rights is an effort to disclaim responsibility for the hostile work environment I experienced including discrimination, the untruthful and baseless e-mail accusation by ODA 5224 that led L-3 to terminate my employment and project the blame toward the government and GLS. L-3 does not want to accept the fact that they committed wrongful termination toward me.

64- None of the defendants ODA-5224,GLS or L-3 treated me fairly during my employment and did not provide any supporting evidence to their allegations to back up their action of terminating my employment .

65- All what L-3 provided in its response to my charge with the NYS Division of Human Rights is a copy of a baseless e-mail received from ODA 1st Lt Daniel O'Connor. L-3 indicated in its response to my charge with the NYS Division of Human Rights that "L-3 treated Mr. Al-kaysey fairly and in keeping with all the laws. His allegations are not against L-3. L-3 had no reason to contest the Special Forces ODA's written request for removal due to security violations in August of 2010, and does not currently have the ability to request the government investigate the incident report in JPAS." This is an admission by L-3 that they had no intention to investigate the issue back in August 2010 or at any time after. L-3 does not want to acknowledge its mistake of violating my Civil, employment rights, and deprived me of my right to due process under the 5th and 14th amendments.

**Incident Report in JPAS**

66- L-3 placed an incident report on my JPAS account without having any evidence or witnesses to support the report other than a single e-mail from 1st Lt. Daniel O'Conner. ODA, 5th Group Special Forces.US Army. I challenge the validity of this report and I am entitled to the truth with supporting evidence that L-3 failed to present in its response to my initial claim with NYS Division of Human Rights. No such evidence exists, no such communications took place, and there is no witness to this issue ever exists. **(See Exhibit 17 -incident report)**

67- 1st Lt. Daniel O'Connor failed to present any evidence of any kind (telephone invoices, telephone records, logs, recordings...etc.), credible witnesses, or sworn statements to me, to GLS or L-3 to back up his claim other than a single, baseless e-mail. The e-mail reflects no more than a personal and bias view of ODA-5224. With such highly sensitive source operation of intelligence gathering, it is questionable and unbelievable that 20 months goes by with 500-600 calls presumably were made/received without being detected by ODA!! If such calls took place, why couldn't ODA-5224 indicate exactly the number of calls rather than give it a random number equivalent to one call per day for 20 months? ODA have permanent and continuous surveillance on all its informers phone communications as well as employees phones at all time. Camp Tiffner where I was stationed is located in very high volatile area and is the stronghold of Alqaeda in Iraq. More communication surveillances attention is given to this area over the rest of Baghdad. Furthermore, GLS and L-3 relied on a single inconsistent and contradictive e-mail from 1Lt. O'Connor that lack credibility and evidence to terminate my employment.

68- I have not communicated with my own family in the United States 500-600 times within the 5 ½ years of deployment.

69- The termination of my employment was unjust, wrongful, and in violation of my civil constitutional rights and employment rights for the right to due process under the 5th and 14th amendments of the US constitution. **(See Exhibit 18- Termination letter by L-3 and GLS).**

**Exhibit 1**

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Ahmad Al-kaysey<br>98-23 Horace Harding Expy, Apt. #18M<br>Corona, NY 11368 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2011-03011 | **Holly M. Woodyard,**<br>**Investigator** | **(212) 336-3643** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Kevin J. Berry,**
**District Director**

October 21, 2011
*(Date Mailed)*

cc:  **L-3 SERVICES, INC., LOTS DIVISION**
**Attn: Director of Human Resources**
**600 3rd Avenue**
**New York, NY 10016**

**Exhibit 2**

March 10, 2011

Ahmad AL-Kaysey
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



Coin Reward    received    March 2010    from

ODA 0226

U.s Special Forces

DEPARTMENT OF THE ARMY
A Company, 2nd Battalion
10TH Special Forces Group (Airborne)
Unit 30402 APO AE 09107

REPLY TO
ATTENTION OF

AOSO-SFC-SA                                        17 July 2006

MEMORANDUM FOR RECORD

SUBJECT: Recommendation for Ahmed Al-Kaysey

1. I would like to provide my strong recommendation on the employment performance of Ahmed Al-Kaysey.

2. Ahmed has bee working in the same location for nearly 2 years and was assigned to our location prior to out arrival. Ahmed's performance has been nothing less than superb. His candor and willingness to assist in any situation allowed the elements to quickly transition the authority of the battle space and resume operations.

3. Ahmed serves as the overall Interpreter Manager. Due to his superior language and interpersonal skills, Ahmed was asked to handle issues and concerns from 2 other interpreters, 3 maintenance personnel and 3 cooks. Ahmed quickly manages any and all issues and only brings the situation to the team leadership after it has been fixed.

4. Ahmed is respected by senior level leadership in the Iraqi Army. This respect comes from his cultural awareness, professionalism and his ability to facilitate communications. Ahmed's constant training and guidance to the team has allowed them to learn some of the Arabic language as well as a great portion of the customs and courtesies of the culture, thus preventing any embarrassing situations. His patience with teaching others is only matched by his knowledge of the Arabic Language.

5. Ahmed has expressed an interest in being a language instructor in the United States. I know that Ahmed would have an immediate impact on any organization. He deserves serious consideration in any line of employment and I will fight to serve with him again.

6. POC for this memorandum is the undersigned at VOIP 676-0342.

Christopher L. Varner
CPT, SF
Commanding



**DEPARTMENT OF THE ARMY**
A Company, 1ˢᵗ Battalion
10ᵗʰ Special Forces Group (Airborne)
Unit 30401, APO AE 09107

REPLY TO
ATTENTION OF

AOSO-SFC-F-A                                                    7 June 2005

MEMORANDUM FOR RECORD

SUBJECT: Recommendation for Lance ( Ahmad ALKaysry )

1. I whole heartedly recommend Lance to fill any interpreter role with any unit stationed in Iraq.

2. Lance came to work for the team at a pivotal time when we were conducting a training mission for an Iraqi Army Battalion. The timing was excellent. In two months, Lance has already proven himself an indispensable member of our Special Forces team. He is especially gifted in writing Arabic and perfectly translating the written word back and forth between English and Arabic. He is our best interpreter in this area and the one the other interpreters look to for help to ensure an accurate translation when given a task. He serves superbly as the interpreter Manager of three other interpreters and was selected by them for the job.

3. Lance's competence, confidence, and professional demeanor are outstanding. He makes suggestions to our leadership based upon his experiences as an interpreter and growing up in Iraq. His cultural understanding, in addition to his language ability, provides our team with insight into the Iraqi mind set and facilitates the development of improved training and operational techniques.

4. Lance demonstrates a military sense of urgency to accomplish missions in the best possible manner. Lance operates effectively independently and as a team player and he communicates clearly and concisely. He makes sound, timely decisions, maintains a great attitude, and backs all policies of those with whom he works. Team members and Iraqis alike trust Lance and he consistently shares the risks of combat as a member of the assault force on all the team's raids.

5. Lance would like to continue serving as an interpreter with his current Special Forces Team in Baghdad. Following the completion of his time as a Coalition Force interpreter in Iraq, Lance desires to work for the United States Department of Energy. Lance will serve that department, or any person or organization he works for, in superb fashion. He is an extremely competent, steadfast, loyal, and dedicated employee. He has my full support in these future endeavors.

6. Lance is among the very best of interpreters I have worked with. He deserves serious consideration for promotion within Titan, increased responsibility, and merit-based financial bonuses. I would gladly serve with him in the future.

7. POC for this memorandum is the undersigned at DNVT 580-8390. Please do not hesitate to contact me if I can be of any further assistance.

BRYAN N. GROVES
CPT, SF
Commanding



**DEPARTMENT OF THE ARMY**
AOB Central
FOB Central
APO AE 09342

REPLY TO
ATTENTION OF

AOSO-SFC-F-A

20 January 2006

MEMORANDUM FOR RECORD

SUBJECT: Recommendation for Ahmed Al-Kaysey

1. I strongly recommend Ahmed to fill any Interpreter role with any unit stationed in Iraq

2. Ahmed has worked with our team, repeatedly proving his worth throughout our deployment. His experience in training Iraqi soldiers has been invaluable in accomplishing our mission, particularly within the scope of training elements of an Iraqi Army Brigade. His personal knowledge and experience in training members of the Iraqi Army in physical fitness, rifle marksmanship, land navigation, reconnaissance, and close quarters combat made him a force multiplier throughout our deployment, and was instrumental in forming elite Iraqi units at the Brigade and Battalion levels. His cultural awareness and unique individual experiences in life make him especially well suited for working in the capacity that he has, as he possesses the knowledge required to bridge the gaps between cultures and arrive at reasonable solutions regarding training and operations.

3. Among his peers, Ahmed's greatest strength is his high education level and interpersonal skills. He is my first choice for an interpreter for a delicate situation involving high-ranking Iraqi officers, or conflicts involving multiple parties. He displays skills necessary to remain objective in difficult situations, but at the same time he is also able to remain warm to all parties involved in the situations.

4. Ahmed is also an asset in performing exploitation of documentation taken from objectives. After long hours of planning and execution, he will tirelessly sift through paperwork and translate it to find key evidence in convicting insurgents and terrorists. His skill with written Arabic has also been particularly useful in helping us manage receipts for operational funds.

5. Ahmed would like to continue serving as an interpreter with his current Special Forces Team in Baghdad. I recommend him for that role, and if I were to work in Baghdad again, I would fight to have im work for me. Ahmed is a versatile, hard worker, in whom we have a high level of trust.

6. Ahmed is among the very best of interpreters I have worked with. He deserves serious consideration for promotion within Titan, increased responsibility, and merit-based financial bonuses.

7. POC for this memorandum is the undersigned at VOIP 674-5556.

ERIC K ERICKSON
CPT, SF
Detachment Commander

**Exhibit - 3**

Nitsch, Andrew P CIV 13th ESC GLS LNA Regional Mgr

| | |
|---|---|
| **From:** | t/m-no-reply@s-iraq.centcom.smil.mil |
| **Sent:** | Monday, August 02, 2010 2:55 PM |
| **To:** | Mcternan, Walter F. CTR USF-I J2 TLM; CJSOTF-AP Linguist MGR; Skelly, Patrick T COL USA USF-I CJ2 Linguist Planner; DeBode, Christopher PO1 USN USF-I J2 PLANS TLM; Aragon, Marc A LCDR USF- J2 Plans TLM; Leon, Latoya M SSgt USAF USF-I J2 Plans US Hires Clerk; sotfc_fp@sotf-c.iraq.soccent.centcom.smil.mil; Clayton, Kimberly P. CTR USD-S GLS Assistant Site Manager; Pipkin, Damon L 1LT USA MIL 359th TTSB; Fauset, Raymond E Jr MSG USAR Theater Linguist Manager /Camp Slayer; Ladu, Samuel L SGT USA USF-I J2 Plans TLM 09L Manager; cjsotfap.linguist.mgr@cjsotfap.iraq.soccent.centcom.smil.mil; albert.pahanick@us.army.smil.mil; sotfc_fp@sotf-c.iraq.soccent.centcom.smil.mil; Milligan, Joshua CTR USF-I J2 RS |
| **Cc:** | sotfc_fp@sotf-c.iraq.soccent.centcom.smil.mil; USF-I C2 Theater Linguist Managers,; DL USF-I J2 TLM Contractors |
| **Subject:** | ULMD Letter of Release - AHMAD MOHAMEED ALKAYSEY, III-IZ-DG-0107, 1440592 |

# ULMD Letter of Release

The following linguist has been released by 1LT Daniel O'Connor, Unit Linguist Manager (ULM) for CI/LEP screen alert.

The linguist **should not be retained** on contract.

| | |
|---|---|
| Linguist: | AHMAD MOHAMEED ALKAYSEY |
| Billet #: | III-IZ-DG-0107 |
| Employee ID: | 1440592 |
| MSC: | CJSOTF-AP |
| Command: | SOTF-C |

The following information is pertinent to this release:
ALCON:
It is imperative that this linguist be terminated with prejudice at the earliest opportunity. This linguist should be considered a security risk and must not be re-hired, or allowed to retain a security clearance under any circumstances. This linguist was employed by a Special Forces Operational Detachment Alpha (ODA) for sensitive source operations. During this task, he was required to interface via cell phone or through other methods with /suspected/known insurgent operatives and their networks. After making initial contact with a suspected source target, linguist was told to cease and desist all further contact. The linguist disobeyed this order, and continued communication with the source. This was reported to the ODA by a secondary source, and confirmed when the ODA conducted a check on the initial source's cell phone; revealing between 500-600 calls within a 20 month period.
It has also been suggested, but not verified, by the same third source that supplied the ODA with the information about the phone calls that the linguist may be interfacing with sources from other ODA's and/or sources who work with other U.S. Military units.
Point of contact for this report is 1LT Daniel O'Connor at DSN: 318-242-0054 or
daniel.oconnor4@us.army.mil

1LT Daniel O'Connor
SOTF-C Force Protection Officer
SVOIP: 308-242-0054
DSN: 318-242-0054

Cancelled 02 AUG10

( ;                                ( (

Nitsch, Andrew P CIV 13th ESC GLS LNA Regional Mgr

| | |
|---|---|
| From: | tim-no-reply@s-iraq.centcom.smil.mil |
| Sent: | Tuesday, August 03, 2010 8:44 AM |
| To: | Mcternan, Walter F. CTR  USF-I J2 TLM; CJSOTF-AP Linguist MGR; Skelly, Patrick T COL USA USF-I CJ2 Linguist Planner; DeBode, Christopher PO1 USN USF-I J2 PLANS TLM; Aragon, Marc A LCDR USF-I  J2 Plans TLM; Leon, Latoya M SSgt USAF USF-I J2 Plans US Hires Clerk; sotfc_fp@sotf-c.iraq.soccent.centcom.smil.mil; Clayton, Kimberly P. CTR USD-S GLS Assistant Site Manager; Pipkin, Damon L 1LT USA MIL 359th TTSB; Ladu, Samuel L SGT USA USF-I J2 Plans TLM 09L Manager; cjsotfsp.linguist.mgr@cjsotfap.iraq.soccent.centcom.smil.mil; albert.pehanick@us.army.smil.mil; sotfc_fp@sotf-c.iraq.soccent.centcom.smil.mil; Milligan, Joshua CTR USF-I J2 RS |
| Cc: | Leon, Latoya M SSgt USAF USF-I J2 Plans US Hires Clerk; USF-I C2 Theater Linguist Managers,; DL USF-I J2 TLM Contractors |
| Subject: | ULMD Termination Approved - AHMAD MOHAMEED ALKAYSEY, 1440592 |

# ULMD Termination Approved

The pending termination of:

Linguist: AHMAD MOHAMEED ALKAYSEY
EID: 1440592

was approved by SSgt latoya leon, Theater Linguist Management (TLM).

**Contractor: please terminate the employment of the above linguist ASAP.**

1

Completed 03 AUG 10

Exhibit - 4

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1 REQUISITION NUMBER W4T31100440216 | | PAGE 1 OF 14 |
|---|---|---|---|---|

| 2 CONTRACT NO. H92237-10-P-0182 | 3 AWARD/EFFECTIVE DATE 16 Feb 2010 | 4 ORDER NUMBER | 5 SOLICITATION NUMBER | 6 SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7 FOR SOLICITATION INFORMATION CALL | a NAME | b TELEPHONE NUMBER (No collect calls) DSN 318-483-0725 | | 8 OFFER DUE DATE LOCAL TIME |
|---|---|---|---|---|

9 ISSUED BY    CODE

CJSOTF-AP - J4 CON
Camp Syverson, Iraq
APO AE 09391
E-mail:

10 THIS ACQUISITION IS
- [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR
- [ ] SMALL BUSINESS [ ] EMERGING SMALL BUSINESS
- [ ] HUBZONE SMALL BUSINESS
- [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS [ ] 8(A)

NAICS
SIZE STANDARD

11 DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED
- [ ] SEE SCHEDULE

12 DISCOUNT TERMS

- [ ] 13a THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b RATING

14 METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

| 15 DELIVER TO | CODE | 16 ADMINISTERED BY | CODE |
|---|---|---|---|
| FOB APACHE Baghdad, Iraq sotfc.s4.nco@sotf-c.iraq.soccent.centcom.mil | | SEE BLOCK 9 | |

| 17a CONTRACTOR/ OFFEROR | CODE | | FACILITY CODE | 18a PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|---|

AL YOUSF OFFICE
Baghdad, Iraq
ATTN: Yousf Faradi
freefradi@yahoo.com

DFAS ROME
325 Brooke Road
ROME, NY 13441-4527

[ ] 17b CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19 ITEM NO. | 20 SCHEDULE OF SUPPLIES/SERVICES | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | See Schedule on Page 2 | | | | |

25 ACCOUNTING AND APPROPRIATION DATA
97901000 568A 0 8G-5020 0121737C000 252G 58S1SB W4T31100440216 S1 SB58 03100PT

26 TOTAL AWARD AMOUNT (For Govt. Use Only)
**$ 26,720.00**

[ ] 27a SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA   [ ] ARE [ ] ARE NOT ATTACHED

[X] 27b CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA   [X] ARE [ ] ARE NOT ATTACHED

[X] 28 CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ 1 ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[ ] 29 AWARD OF CONTRACT: REF ___ OFFER DATED ___ YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a SIGNATURE OF OFFEROR/CONTRACTOR | 31a UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| | _Diane Moyer_ |

| 30b NAME AND TITLE OF SIGNER (Type or print) Yousf Faradi | 30c DATE SIGNED 16 Feb 2010 | 31b NAME OF CONTRACTING OFFICER (Type or print) Diane Moyer | 31c DATE SIGNED 16 Feb 2010 |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

## SCHEDULE OF SUPPLIES/SERVICES

| Line Item | SUPPLIES/SERVICES | QTY | Unit | Unit Price | AMOUNT |
|---|---|---|---|---|---|
| | Base Period of Performance 16 February 2010 – 15 June 2010 | | | | |
| 0001 | Head Cook | 4 | MO | $1,200.00 | $4,800.00 |
| 0002 | Assistant Cook | 4 | MO | $800.00 | $3,200.00 |
| 0003 | Environmental Sanitation Technician | 4 | MO | $880.00 | $3,520.00 |
| 0004 | General Maintenance Technician | 4 | MO | $1,000.0 | $4,000.00 |
| 0005 | Assistant Maintenance Technician | 4 | MO | $400.00 | $1,600.00 |
| 0006 | Force Protection Foreman | 4 | MO | $400.00 | $1,600.00 |
| 0007 | DBA Insurance | 1 | LS | $10,000.00 | $10,000.00 |
| | **BASE PERIOD** | | | **TOTAL:** | **$28,720.00** |
| | First Option Period. 16 June 2010 – 15 October 2010 | | | | |
| 1001 | Head Cook | 4 | MO | $1,200.00 | $4,800.00 |
| 1002 | Assistant Cook | 4 | MO | $800.00 | $3,200.00 |
| 1003 | Environmental Sanitation Technician | 4 | MO | $880.00 | $3,520.00 |
| 1004 | General Maintenance Technician | 4 | MO | $1,000.0 | $4,000.00 |
| 1005 | Assistant Maintenance Technician | 4 | MO | $400.00 | $1,600.00 |
| 1006 | Force Protection Foreman | 4 | MO | $400.00 | $1,600.00 |
| 1007 | DBA Insurance | 1 | LS | $10,000.00 | $10,000.00 |
| | **FIRST OPTION PERIOD** | | | **TOTAL:** | **$28,720.00** |
| | Second Option Period 16 October 2010 – 15 February 2011 | | | | |
| 2001 | Head Cook | 4 | MO | $1,200.00 | $4,800.00 |
| 2002 | Assistant Cook | 4 | MO | $800.00 | $3,200.00 |
| 2003 | Environmental Sanitation Technician | 4 | MO | $880.00 | $3,520.00 |
| 2004 | General Maintenance Technician | 4 | MO | $1,000.00 | $4,000.00 |
| 2005 | Assistant Maintenance Technician | 4 | MO | $400.00 | $1,600.00 |
| 2006 | Force Protection Foreman | 4 | MO | $400.00 | $1,600.00 |
| 2007 | DBA Insurance | 1 | LS | $10,000.00 | $10,000.00 |
| | **SECOND OPTION PERIOD** | | | **TOTAL:** | **$28,720.00** |

## INSPECTION AND ACCEPTANCE TERMS

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| ALL CLINS | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLINS | DELIVERY DATE | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| 0001 – 0007 | Base Period 16 February 2010 – 15 June 2010 | West BIAP – AREA IV Attn: Ben Huggins Baghdad, Iraq notfic.of.bagda.usf.c.iraq.socent.centcom.mil | H92237 |
| 1001 – 1007 | First Option Period 16 June 2010 – 15 October 2010 | Same as above | H92237 |
| 2001 – 2007 | Second Option Period 16 October 2010 – 15 February 2011 | Same as above | H92237 |

ACCOUNTING AND APPROPRIATION DATA

**CLIN 0001-0007**         Req No: W4T31100440216
**Accounting and Appropriation Data:** 9700100 56SA 0 8C-5020 012173 7C000 252G
58SESB W4T31100440216 SESB58 031007: $28,720.00
**ACRN AA**

CLIN 1001-1007         Req No.
Accounting and Appropriation Data: ADDED AT EXERCISE OF OPTION PERIOD
ACRN AB

CLIN 2001-2007         Req No.
Accounting and Appropriation Data: ADDED AT EXERCISE OF OPTION PERIOD
ACRN AC

CONTRACT CLAUSES
CLAUSES INCORPORATED BY REFERENCE

| 52.204-9 | Personal Identity Verification of Contractor Personnel | Sep 2007 |
|---|---|---|
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | Sep 2006 |
| 52.212-4 | Contract Terms and Conditions - Commercial Items | Mar 2009 |
| 52.222-29 | Notification of Visa Denial | Jun 2003 |
| 52.222-50 | Combating Trafficking in Persons | Feb 2009 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | Oct 2004 |
| 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation | Apr 1984 |
| 52.245-1 | Government Property | Jun 2007 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | Jan 2009 |
| 252.222-7002 | Compliance with Local Labor Laws (Overseas) | Jun 1997 |
| 252.232-7008 | Assignment of Claims (Overseas) | Jun 1997 |
| 252.232-7010 | Levies on Contract Payments | Dec 2006 |
| 252.246-7000 | Material Inspection and Receiving Report | Mar 2008 |

CLAUSES INCORPORATED BY FULL TEXT

**52.252-2 Clauses Incorporated by Reference (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

(End of clause)

**52.212-5 Contract Terms and Conditions Required to Implement Statutes and Executive Orders (SEP 2009)**
(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items.

(1) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g))

(2) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553)

(3) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items.

*[Contracting Officer shall check as appropriate.]*

(1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sep 2006), with Alternate I (Oct 1995)(41 U.S.C. 253g and 10 U.S.C. 2402)

(2) 52.203-13, Contractor Code of Business Ethics and Conduct (Dec 2008) (Pub. L. 110-252, Title VI, Chapter 1 (41 U.S.C. 251 note)).

(3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (Mar 2009) (Section 1553 of Pub L. 111-5) (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009)

(4) 52.204-11, American Recovery and Reinvestment Act - Reporting Requirements (Mar 2009) (Pub. L. 111-5).

№

# LAMASAT لمســات

**للاجهزة الكهربائية والمنزلية**

بغداد ـ كرادة خارج ـ شارع المسرح الوطني
مقابل فندق قصر الشرق
هاتف ـ ٧١٨٥٧٢٠ ـ موبايل ٠٧٩٠٢٢١٩٢١٥ ـ ٠٧٩٠١٢٧٣٥١٣

**قائمة بيع**

التاريخ / / ٢٠٠

حضرة السيد ....................................... المحترم

| المبلغ الكلي<br>TOTAL AMOUNT | سعر المفرد<br>UNIT PRICE | الكمية<br>QTY. | التفاصيل<br>DESCRIPTION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | المجمـــــوع | Total |

المباع لايرجع ولايبدل

التوقيع

Case 1:11-cv-06361-RMW-LB Document 1 Filed 12/27/11 Page 36 of 86 Page ID #: 7363

# ACCOUNT LIST
## General Trading

قائمة حساب
تجارة عامة

جملة ـ مفرد

التاريخ: / / ٢٠٠

حضرة السيد ......................... المحترم

| المبلغ الكلي | التفاصيـــــل | العدد | سعر المفرد |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | المجموع فقط | | |

يرجى التأكد من عدد المواد التي تستلمها بموجب القائمة اعلاه
ولسنا مسؤولين عن اي نقص بعد مغادرة المحل

التوقيع

Case 1:11-cv-00633-RRW-LBB Document 1 Filed 12/27/11 Page 37 of 86 PageID #: 7979

# مفروشات الهـدى

## لبيع السجاد والبطانيات جملة - مفرد

بغداد ـ شارع الجمهورية ـ تقاطع الامين ـ ٠٧٩٠١٧٨٨٠٤٢ ـ ٠٧٧٠٢٥٨٢٢٩٣ ـ ٠٧٧٠٢٨٥٤٩٧٥

نقليات

| التاريخ | / | / | ٢٠٠ |

حضرة السيد .......................... المحترم / العنوان ..........................

| سعر المفرد | العدد | التفاصيـــــــل | المبلغ الكلي |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | المجمـــــوع | |

الخطأ والسهو مرجوع للطرفين

التوقيع



Exhibit - 5

Exhibit - 6

Exhibit 6-Animal cruelty: This is a photo of three members of ODA 5224 with one of thousands fishes that was killed by hand grenade and then pulled out of the water by the use of bow and arrow. Robert "The Hunter" is holding bow and arrow. The picture was taken in June 27, 2010.



**Exhibit - 7**

Case 1:11-cv-00633-RRW-LB   Document 1   Filed 12/27/11   Page 43 of 86   PageID #: 415

From: Payne, Jeffrey GLS <Jeffrey.Payne@gls-1.com>
To: TOTA5@aol.com
Cc: Blythe, Nathan GLS <Nathan.Blythe@gls-1.com>; Gaines, Marie <Marie.Gaines@gls-1.com>;
VAN.W.OFFARD@US.ARMY.MIL
Subject: RE: MEDICAL Leave for PTV
Date: Sat, Jul 24, 2010 1:28 pm
Attachments: L-3_MLOA_Form.pdf (21K)

Ahmed,

   Please read carefully and initial each lined spaced and fill out this form and return back to us soonest. If you have any question please feel free to contact us. Please insure to cc: Marie and Nathan.

Thanks.

# Jeff Payne

**International Zone**

**Global Linguist Solutions**

**VOIP: 011-703-840-1361 Ext: 4-0202**

**DSN: 318-239-0002**

Jeffrey.payne@gls-1.com

### Confidential and Proprietary
Confidential and proprietary information of Global Linguist Solutions LLC ("GLS").
No part of it may be used, circulated, quoted, or reproduced for distribution outside of GLS without the prior written approval of GLS.

IMPORTANT: This email may contain privileged, confidential, or information otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately. Documents and information enclosed are subject to the Privacy Act of 1974. Contents shall not be disclosed, discussed, or shared with individuals unless they have a direct need-to-know in the performance of their official duties. Delivery of this/these documents is for the intended recipient only. DO NOT provide to a third-party. (FOUO).

**From:** TOTA5@aol.com [mailto:TOTA5@aol.com]
**Sent:** Saturday, July 24, 2010 2:44 PM
**To:** Payne, Jeffrey GLS
**Subject:** Re: MEDICAL Leave for PTV

Hi Jeff,

Attached is my Oconus PTV form for your review and approval. Thank you

Ahmad Alkaysey

In a message dated 7/19/2010 7:15:03 A.M. Pacific Daylight Time, Jeffrey.Payne@gls-1.com writes:

Ahmed,

Per L-3 they have denied you PTV due to your medical issues. They request that you depart theater on Medical leave. I have attached a new PTV for medical.

Please keep in mind that you will have to process again thought CRC to insure you are medical fit for duty once you are ready to return to theater. You will need to inventory your gear and prepare to depart. You will need your "CRC Packet" that you left with from Fort Benning, GA the material you need TO TAKE WITH YOU will be your Medical Records and CIF INVENTORY LIST.

I have left you departure date for 11th AUG 2010 and your retune date is open because we don't know if you will be cleared to return via CRC.

Keep in mind the unit can release you within 14 days, so please make sure you gear is accessible and boxed up and ready to go if it needs to be moved from said site location.

V/r,

## Jeff Payne

**International Zone**

**Global Linguist Solutions**

**VOIP: 011-703-840-1361 Ext: 4-0202**

**DSN: 318-239-0002**

Jeffrey.payne@gls-1.com

### Confidential and Proprietary
Confidential and proprietary information of Global Linguist Solutions LLC ("GLS").
No part of it may be used, circulated, quoted, or reproduced for distribution outside of GLS without the prior written approval of GLS.

IMPORTANT: This email may contain privileged, confidential, or information otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately. Documents and information enclosed are subject to the Privacy Act of 1974. Contents shall not be disclosed, discussed, or shared with individuals unless they have a direct need-to-know in the performance of their official duties. Delivery of this/these documents is for the intended recipient only. DO NOT provide to a third-party. (FOUO).

### Confidential and Proprietary
Confidential and proprietary information of Global Linguist Solutions LLC ("GLS"). No part of it may be used, circulated, quoted, or reproduced for distribution outside of GLS without the prior written approval of GLS.

**Exhibit - 8**

From: Pentecost, Lynn GLS <Lynn.Pentecost@gls-1.com>
To: TOTA5@aol.com
Cc: Payne, Jeffrey GLS <Jeffrey.Payne@gls-1.com>; Blythe, Nathan GLS <Nathan.Blythe@gls-1.com>; Hannah, Jerl GLS <Jerl.Hannah@gls-1.com>
Subject: RE: My PTO
Date: Fri, Jul 30, 2010 11:03 am

Sir,

Thank you for your e-mail. I will look into the situation and let you know what I find out. In the future, please remember to use your chain of management which is Nathan Blythe your SM and then Jerl Hannah your DRM.

Regards,

**Lynn Marie Pentecost**
Regional Manager
Global Linguist Solutions, LLC (GLS)
DSN: 318-239-0029
Company VOIP: 1-703-840-1361 Ext: 4-0210
Cell: 0964-0790-385-3787

**Confidential and Proprietary**
Confidential and proprietary information of Global Linguist Solutions LLC ("GLS").
No part of it may be used, circulated, quoted, or reproduced for distribution outside of GLS without the prior written approval of GLS.

**From:** TOTA5@aol.com [mailto:TOTA5@aol.com]
**Sent:** Friday, July 30, 2010 5:57 PM
**To:** Pentecost, Lynn GLS
**Subject:** Fwd: My PTO

Dear Lynn,

On July 25, 2010, My POC Alexander Mc Coy spoke with you about my PTO issue and it was agreed that I submit a new PTO form for my two weeks entitlement (Aug.11 thru Aug.29, 2010). I submitted the new PTO form to Jeff on the 25th of July and he has not signed it yet!!. My team came to GLS office today (July 30, 2010) to pick up my passport and the approved PTO form however, Jeff refused to sign my PTO. acknowledged that he received it on the 25th of July, and demand to see me in person before making his decision! This is what I learned from my team.
I returned to theater on Feb.7 and will be her in theater over six months by Aug.11. I am entitled to my vacation time. I am not sure what is the motive of Jeff's refusal however, I expect you as my Regional Manager and my former Site Manager to look into my request and approve it. I am attaching a copy of my PTO for your review and approval. Thank you.

Respectfully Your's,
Ahmad Alkaysey
1440592

P.S. I live in a Red Zone and currently is tense and completely shut down due to the violence yesterday in the area. I am not sure when we will ever come to the IZ again. Please assist. Thank you.

In a message dated 7/25/2010 1:51:12 P.M. Arabic Standard Time, TOTA5@aol.com writes:

Hi Jeff,

Attached is my new PTO request for two weeks. Lynn is aware of my case. Please expedite and send me back the approval. Thank you me to the

**Confidential and Proprietary**

Confidential and proprietary information of Global Linguist Solutions LLC ("GLS"). No part of it may be used, circulated, quoted, or reproduced for distribution outside of GLS without the prior written approval of GLS.

**Exhibit - 9**

From: joy.ashcraft@L-3Com.com
To: TOTA5@aol.com
Subject: RE: Security Clearance Status
Date: Mon, Sep 27, 2010 1:32 pm

Mr. Alkaysey,

You currently still have your clearance. An incident report was submitted to DISCO to report your termination for cause. Below are the contact information for the Privacy Act offices for both OPM and the Army. You should contact them to get copies of your records and to find out the status of any investigation that is being pursued in regard to your termination.

> OPM-FIPC
> P.O. BOX 618
> 1137 Branchton Road
> Boyers, PA 16018-0618

You must provide a mailing address for your records. Please provide your personal identifying data: date and place of birth and social security number and please be specific as to the type of records you are requesting.

> Commander
> U. S. Army Intelligence and Security Command
> Freedom of Information/Privacy Act Office
> 4552 Pike Road
> Fort Meade, MD 20755-5995

In accordance with (IAW) Army Regulation 25-71, you must submit a notarized request for information to the US Army Intelligence and Security Command (INSCOM). If you do not have access to notary services, you may submit an unsworn declaration IAW 28 U.S.C. 1746 in the following format: (if executed within the US, its territories possessions, or commonwealths) "I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". You must provide a mailing address for your records. You may attach your request to an email (inscomfoia@mi.army.mil) and follow-up with the original in the mail or you may fax your request to: 301-677-2956. Please provide your personal identifying data: date and place of birth and social security number and please be specific as to the type of records you are requesting.

*Joy C. Ashcraft*
Facility Security Officer
IMPORTANT: This email may contain privileged, confidential, or information otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this email or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

From: TOTA5@aol.com [mailto:TOTA5@aol.com]
Sent: Saturday, September 25, 2010 11:41 AM
To: Ashcraft, Joy @ LOTSD
Subject: Security Clearance Status

Hi Joy,

I hope this e-mail finds you well. I am writing this e-mail in regard to my Security Clearance. My name is Ahmad

Alkaysey. I was an employee of L-3 communications (ID# 1440592) for 5 1/2 years (till Aug.7, 2010). While attempting to apply for another job recently with another firm, I was informed that an active incident report dated from August 2, 2010 is on my JPAS file. Would you please clarify to me what does that mean? do I still have my TS clearance? and how can this issue be resolved? Please provide me with guidance.  Your time and effort to this matter is always appreciated. Thank you.

Respectfully,

Ahmad Alkaysey
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
718-271-6167

Exhibit - 10

Subj:   **Clearance Statues**
Date:   9/24/2010 10:31:41 A.M. Eastern Daylight Time
From:   lana.kareem@missionep.com
To:     TOTA5@aol.com
CC:     goulashbrother@gmail.com
Mr. Al Kaysey,

We have checked your JPAS and it shows that you have an active incident report (dated 08/02/10). Unfortunately you will not be able to work on any of our contracts because of this report till government/previous company makes their final decision on this and update your record.


Thanks.

Regards,

**Lana Kareem**
**Recruiting Specialist**

**Mission Essential Personnel, LLC**
4343 Easton Commons, Suite 100
Columbus, Ohio 43219

614.282.2044   Direct Line
614-750-0224   Office Line
614.750.0274   Fax

Lana.Kareem@missionep.com

www.missionep.com

----------------------------------------------------------------
- Notice - This email is from Mission Essential Personnel, LLC and may contain information that is confidential or privileged. If you are not the intended recipient of this communication, you are hereby notified that any review, use, disclosure, distribution or copying of the contents is prohibited. If you received this communication in error, please notify us by reply e-mail, telephone, or facsimile. Then delete the e-mail and destroy all copies of it. Regardless of content, this e-mail shall not operate to bind Mission Essential Personnel, LLC to any order or other contract unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.
----------------------------------------------------------------

Subj:    **RE: Follow-up / CAT III Linguist Opportunity**
Date:    1/25/2011 10:16:55 A.M. Eastern Standard Time
From:    HBencherqi@calnet.com
To:    tota5@aol.com

Dear Ahmad I did enter and submit all your information in 22Dec 2010. And I did pass it to the processing team to continue with you Language test and security forms and …. but this is what we get from the security:

"Has a TS/SCI BUT- Pending Incident Report from L-3 SERVICES INC. ArmyCCF- We cannot use"

That's explain why you been dropped from the process I tried to call you but no answer, I did even send you email today with my number to contact me. I don't know if you are here or overseas .

Best Regards
Hasnaa

**From:** tota5@aol.com [mailto:tota5@aol.com}
**Sent:** Monday, January 24, 2011 3:52 PM
**To:** Hasnaa Bencherqi
**Subject:** Fwd: Follow-up / CAT III Linguist Opportunity

Ms.Bencherqi,

Below is the reply I just received from your firm. I am totally shocked and disappointed to hear that my resume or application was not available or even submitted!! Would you be kind to respond and explain to me how did this happen?  I submitted everything you ask me for in the same day. I truly would like to hear from you again. Thank you.
Respectfully,

Ahmad Al-kaysey

-----Original Message-----
From: Risa Berger <risa@calnet.com>
To: TOTA5@aol.com <TOTA5@aol.com>
Sent: Mon, Jan 24, 2011 3:27 pm
Subject: RE: Follow-up / CAT III Linguist Opportunity

Hello, I was asked to reply to you - I have not seen your resume, I'm not sure who was the original person to receive it, however, at this time we're not taking any more Arabic lnguists to process for this work.  Also we do n't have any CAT III positions.  thanks for your inquiry.

**Cordially,**

*Risa Bernstein,*
**Sr. Technical Recruiter**
**CALNET, INC.** ISO 9001:2008 Certified Company
**12359 Sunrise Valley Drive Suite 270**
**Reston, VA 20191-3415**
risa@calnet.com
www.calnet.com

Thursday, March 24, 2011 AOL: TOTA5

**Exhibit - 11**

Case 1:11-cv-01653-RRW-DB   Document 1   Filed 12/27/11   Page 55 of 86   PageID #: 857

**From:** William Eblen <William.Eblen@veritiss.com>
**To:** tota5 <tota5@aol.com>
**Subject:** RE: Please take this English Test instructions are provided and send ID docs
**Date:** Wed, Dec 14, 2011 8:41 am

Mr. Al-kaysey,
Our security office sent a report which concerns you.  The report, without an explanation, shows there is a red flag on your JPAS, meaning that you had an incident that prevents us to move forward.  Is there any information you could provide to help with this?
Best Regards,
Will Eblen
650-855-4874


**From:** tota5@aol.com [mailto:tota5@aol.com]
**Sent:** Tue 12/13/2011 11:10 PM
**To:** William Eblen
**Subject:** Re: Please take this English Test instructions are provided and send ID docs

Hi Will,

Attached are a copy of my Driver License + SS card,along with the answers to the basic English test. I apologize for not being able to respond sooner due to traveling. Please keep me informed of anything else is needed. Tanks.

Respectfully,

Ahmad Al-kaysey


-----Original Message-----
From: William Eblen <William.Eblen@veritiss.com>
To: tota5 <tota5@aol.com>
Sent: Mon, Dec 12, 2011 12:07 pm
Subject: Please take this English Test instructions are provided and send ID docs

Dear Mr. Al-kasey,

Thank you for your response.

Your Top Secret Clearance JPAS proves to be in effect.

Will you please take the English Test (attached). Please open the test, <u>sign and date the first page</u>, take the test, scan and return all pgs to me.
Also will you please send scanned copies of you Driver's License and Social Security cards?
Please return the test and ID docs no later than this evening 12.12 in order that we are able to submit you to the Government this week.
Thank you,
Will Eblen
650-855-4874
Will Eblen
Office: 650-855-4874
<u>william.eblen@veritiss.com</u>

<u>http://www.veritiss.com/</u>

Case 1:11-cv-00653-RWH Document 1 Filed 12/27/11 Page 56 of 86 PageID #: 86

**From:** tota5@aol.com [mailto:tota5@aol.com]
**Sent:** Mon 12/12/2011 12:23 AM
**To:** William Eblen
**Subject:** Re: Government Contract Job Description Intelligence - Analyzing - Interpreting - Advising

Mr. Eblen,

Thank you very much for reaching out to me. The employment opportunity described is appealing and I am inerested in a stateside position as my primary preference. You may contact me via e-mail at tota5@aol.com or by phone at 718-271-6167 or at 347-337-0817. Thank you.

Respectfully,

Ahmad Al-kasey

-----Original Message-----
From: William Eblen <William.Eblen@veritiss.com>
To: tota5 <tota5@aol.com>
Sent: Sun, Dec 11, 2011 11:29 am
Subject: Government Contract Job Description Intelligence - Analyzing - Interpreting - Advising

Dear Mr. Al_kaysey,

I located your resume on Clearance Jobs and would ask if this Contract Government opportunity could be of interest to you?

A brief description of the work: You will be working with high level government employees; the work involves gathering intelligence, analyzing data, interpreting and cultural advising. It involves working stateside or overseas working with the government on highly classified information and materials.
Please email or phone if you have interest in this position.

Thank you,
Will Eblen
650-855-4874
http://www.veritiss.com/

### Required Current Top Secret/SCI Clearance

Wage: Stateside $85,000 - $115,000
Wage: Overseas $106,250 - $143,750
Category: Linguist/Translator/Interpreter
Contact Will Eblen at 650-855-4874 Or email to: william.eblen@veritiss.com
**Job Description:**
-- You will be working with high level government employees, not the military directly; the work involves gathering intelligence, analyzing data, interpreting and cultural advising.
-- This opportunity involves working stateside or overseas working with the government on highly classified information and materials.
-- All work done is at Top Secret level and for this reason we cannot disclose all information about the position until you are selected.
**Job Requirements:**
We search for Linguists who speak one of the core languages: **Amharic, Arabic, Chinese Dari, Farsi, Korean, Kurdish, Pashto, Russian or Somali.**
You must have a U.S. Citizenship and you have a current **Top Security Clearance/SCI** to qualify.

Case 1:11-cv-01633-RRW-LHB    Document 1    Filed 12/27/11    Page 57 of 86   PageID #: 879

We particularly look for people who have been involved in one of the following work areas:
**Engineering, Medical, IT, Military, Government work or worked in Law Enforcement.**
**Job Criteria:**

Position Type: Full-Time 2 year contract position (may be extended)
Years of Experience Required: Entry-Level, Mid-Level, Senior-Level
Education Required: Must be able to Speak, Read and Write **one or more of the languages previously stated.**

Vacation Time: Approximately 3 weeks per year

**Job Benefits:**
Health/Dental Benefits, Retirement Benefits, Stock or Stock Options, Paid Holidays, Vacations, and Sick Leave, Life and/or Disability Insurance

**Company Profile:**
We specialize in providing language interpreters, analysts, intelligence and cultural advisors throughout the world.

**Contact Information:**

Contact Name: Will Eblen
650-855-4874

william.eblen@veritiss.com
http://www.veritiss.com/

**Exhibit - 12**



**L-3 Services Group**
1320 Braddock Place, Suite 600
Alexandria, VA 22314
703-664-2900   Fax 703-664-2910

Mark J. Stechschulte
Vice President and Assistant General Counsel

April 11, 2011

By email

Mr. Ahmad Al-kaysey
tota5@aol.com

Dear Mr. Al-kaysey:

Mr. Strianese has forwarded your letter of March 23, 2011 to me for review, investigation, and a response. I represent, as in-house counsel, the Linguist Operations & Technical Support ("LOTS") division.

As you should know, L-3 makes no decisions with respect to security clearances. Whether a security clearance is granted, denied, or revoked is solely within the control of the U.S. Government. L-3 did not participate in any decisions by the U.S. Government with respect to either your clearance or your employment. However, under the terms of our agreements with the U.S. Government, L-3 is required to honor the U.S. Government decisions with respect to the selection of personnel.

Thank you for your kind offer to volunteer your services to LOTS. Unfortunately, the theater in which you performed services is currently reducing staff because of U.S. Government reductions. As a result, there is no relevant work where L-3 could appropriately use your services.

I wish you the best of luck in your future endeavors.

Sincerely,

Mark J. Stechschulte

cc:    Steve Post, General Counsel L-3 Communications
       Personnel File Mr. Ahmad Al-kasey

March 23, 2011

L-3 President Michael T. Strianese

Dear Mr. Strianese

I served L-3 Communications for five and a half years and put my life on the line to support the US mission in Iraq. I was rewarded with unjustified termination by L-3com at the end!

My name is Ahmad Al-kaysey, SS# 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. I am reaching out to you as the President and CEO of L-3 Communications to appeal my case and seek your fair response.

I was employed by L-3 com as CAT III Linguist in Iraq from 01/29/2005 till 08/07/2010. I received several recommendation letters and Coin award from commanders of the Army units I served. I was terminated from employment because the last Army Special Forces unit (ODA 5224-currently under investigation by the Army Inspector General for corruption, violation of Ethical Standards, and abuse of government funds) wrote me up on baseless ground and without any justification or evidence of any kind. GLS Site Managers in Baghdad did not bother to investigate the matter or reach out to me even though they were aware of the intention of the Army unit ahead of time and allowed this action to take place on August 2, 2010. L-3 Com on the other hand did not bother to investigate the matter either and terminated my service on August 7, 2010.

L-3 sponsored me during my employment to get TS/SCI Clearance via DOD. ODA 5224 Army unit filed a report with JPAS that has prevented me to obtain any further employment or even being considered for one although my Clearance is still active and has not been suspended or revoked. I applied with L-3 com since Aug.2010 for the Flare, Ponytail and other contracts and was rejected for consideration because of the standing report on JPAS system even though my clearance is still active. I have been rejected by other employers too for the same reason above. The Army will not open an investigation unless an employer sponsors me and request one.

My appeal to you is my willingness to volunteer my services to L-3com as a former employee with a Master of Science degree in exchange for requesting an investigation to be open regarding the report on JPAS. I assure you that the outcome of the investigation would be positive and in my favor since I know for fact I am innocent, the report is baseless, and there is no evidence of any kind exists.

I truly look forward to hear from you soon. Thank you

Respectfully,

Ahmad Al-kaysey

718-271-6167 / tota5@aol.com

**Exhibit - 13**

Subj: **RE: Note**
Date: 1/19/2011 12:00:05 P.M. Eastern Standard Time
From: mustafa.alhashimi@L-3Com.com
To: TOTA5@aol.com

Dear Ahmed,

This e-mail is sent to you after we concluded our phone call few minutes ago.

I will be waiting for you to finish your inquiry with the FOIA and the others, and I would appreciate that you will keep me posted with the result that you will achieve.

Once the note will be removed, I will run another clearance verification to give us the current update at then. Following that I will process you for any position that you meet the qualification of which at then.

Thank you


**Mustafa Alhashimi**

**Accessions Advisor**
**L-3 Communications**
**1900 Campus Commons Dr.**
**Reston, VA 20191**
**Direct - 703-390-8429**
**Fax- 703-390-7694**

**Toll Free - 800-471-1181  Ext 8429**

Mustafa.Alhashimi@L-3com.com

You may apply directly through the below links:

http://www.l-3com.com/lots/careers/index.html  or

https://l3com.taleo.net/careersection/l3_ext_us/jobsearch.ftl?lang=en#


**From:** TOTA5@aol.com [mailto:TOTA5@aol.com]
**Sent:** Wednesday, January 19, 2011 11:39 AM
**To:** Alhashimi, Mustafa @ LSG - LOTSD
**Subject:** Re: Note

Mr. Alhashimi,

Does this mean I am disqualified from the labor market? isn't it for the employer or the customer to make that decision and not solely yours?. I believe I should be given the opportunity for consideration otherwise, this is a form of discrimination and in violation of the Equal Opportunity Employment Law. Please provide feed back.

Ahmad Al-kaysey

In a message dated 1/19/2011 11:27:11 A.M. Eastern Standard Time, mustafa.alhashimi@L-3Com.com writes:

> Hi Ahmed,
>
> I did not submit it due to the note that they have about you in the JPAS ( please see highlighted note).


Thursday, March 24, 2011 AOL: TOTA5

**CURRENT TS/SCI CLEARANCE:** X Yes  No  (Incident Report in JPAS)

**Eligibility:** SCI - DCID 6/4 on xxxxxxxxxx 02 26 ArmyCCF

**Investigation:** SSBI from OPM, Opened: 2008 08 20 Closed xxxxxxxxxxxxxxx

**Polygraph:** xxxxxxxxx 03 26, Other, xxxxxxxxxxxxxxxxxxxxxx

You need to solve this incident first, and have the JPAS remove it from your records before processing you for FLARE.


Thank you


**Mustafa Alhashimi**


**Accessions Advisor**
**L-3 Communications**
**1900 Campus Commons Dr.**
**Reston, VA 20191**
**Direct - 703-390-8429**
**Fax- 703-390-7694**
**Toll Free - 800-471-1181   Ext 8429**
**Mustafa.Alhashimi@L-3com.com**

You may apply directly through the below links:

http://www.l-3com.com/lots/careers/index.html  or

https://l3com.taleo.net/careersection/l3_ext_us/jobsearch.ftl?lang=en#


**From:** TOTA5@aol.com [mailto:TOTA5@aol.com]
**Sent:** Wednesday, January 19, 2011 10:50 AM
**To:** Alhashimi, Mustafa @ LSG - LOTSD
**Subject:** Re: Ahmad_Revised_Resume

Good Morning Mustafa,

I hope this e-mail finds you well. I would like to know if you submitted my resume for the Flare Program? Please keep me updated. Thank you.

Respectfully,

Ahmad Al-kaysey

In a message dated 1/13/2011 6:01:22 P.M. Eastern Standard Time, mustafa.alhashimi@L-3Com.com writes:


Please consider updating your resume.


Thank you

**Mustafa Alhashimi**

**Accessions Advisor**
**L-3 Communications**
**1900 Campus Commons Dr.**
**Reston, VA 20191**
**Direct - 703-390-8429**
**Fax- 703-390-7694**
**Toll Free - 800-471-1181    Ext 8429**
**Mustafa.Alhashimi@L-3com.com**

You may apply directly through the below links:

http://www.l-3com.com/lots/careers/index.html   or

https://l3com.taleo.net/careersection/l3_ext_us/jobsearch.ftl?lang=en#

Case 1:11-cv-00638-RRW-LB   Document 11   Filed 12/27/11   Page 65 of 86   PageID #: 857

**Ahmad Al-kaysey, you are signed in.** | My Account Options          ☞ My Job Cart (2 items) | Sign Out

**Job Search**  |  **My Jobpage**

My Submissions|  |  My Job Cart  |  My Saved Searches  |

**My Submissions (29 job submissions found)**

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:
50  ▾

**Completed Submissions**

📄 **Native Linguist - Arabic - MDFM01**          - Full-time
USA-Maryland-Ft. Meade
Job Posting : May 2, 2011 – Job Number: 019662
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: May 9, 2011
View Submission | Withdraw

📄 **Native Linguist - Arabic - Yemeni (MDAJ01)**          -
Full-time
USA-Maryland-Annapolis Junction
Job Posting : Apr 4, 2011 – Job Number: 018779
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Apr 20, 2011
View/Edit Submission

📄 **Arabic Primary Linguist**          - Full-time
USA-Virginia-Reston
Job Posting : Dec 6, 2010 – Job Number: 011599
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Apr 14, 2011
View/Edit Submission | Withdraw

📄 **Native Linguist - Arabic (Yemeni) - MDFM01**          -
Full-time
USA-Maryland-Ft. Meade
Job Posting : Dec 13, 2010 – Job Number: 014010
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed-- Updated: Feb 3, 2011
View/Edit Submission

📄 **Assistant Language Instructor**          - Full-time
USA-North Carolina-Fort Bragg
Job Posting : Sep 15, 2010 – Job Number: 010254
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed-- Updated: Jun 6, 2011
View Submission | Withdraw

📄 **Arabic - Yemeni Senior Linguist**          - Full-time
USA-Maryland-Ft. Meade
Job Posting : Jul 2, 2010 – Job Number: 006193
Job Status: Inactive (No Longer Accepting Job Submissions)

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.
Access my profile

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional skills and interests.
View jobs matching my profile

**Icon legend**

📄 More information

📝 Draft submission

📄 Completed submission

Submission Status: Completed– Updated: Mar 3, 2011
View Submission | Withdraw

**Arabic (Iraqi) Native Linguist** - Full-time
USA-Maryland-Ft. Meade
Job Posting : Dec 16, 2010 – Job Number: 014103
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 18, 2011
View Submission

**Arabic - Levantine Senior Linguist** - Full-time
USA-Maryland-Ft. Meade
Job Posting : Jul 2, 2010 – Job Number: 006191
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Sep 29, 2010
View Submission

**CAT II Pashto/Dari/Arabic Linguist** - Full-time
Afghanistan
Job Posting : Dec 10, 2010 – Job Number: 013988
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 28, 2011
View/Edit Submission | Withdraw

**Linguist - All Languages** - Full-time
USA-Virginia, USA-California, USA-Florida More...
Job Posting : Jan 18, 2011 – Job Number: 013946
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 28, 2011
View/Edit Submission | Withdraw

**Deployed Translator/Interpreter** - Full-time
USA-Virginia-Reston, Afghanistan, Iraq More
Job Posting : Jul 1, 2010 – Job Number: 006053
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 28, 2011
View/Edit Submission | Withdraw

**Senior Language Analyst - Arabic (MDFM01)** -
Full-time
USA-Maryland-Ft. Meade
Job Posting : Dec 23, 2010 – Job Number: 014327
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Mar 2, 2011
View Submission

**Linguist Resumes** - Full-time
USA-Maryland-Linthicum
Job Posting : Dec 6, 2010 – Job Number: 013768
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 17, 2011
View Submission | Withdraw

**Linguist** - Full-time
USA-Maryland-Ft. Meade, USA-Texas, USA-Utah More

Job Posting : Oct 19, 2010 – Job Number: 011867
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed-- Updated: Jan 17, 2011
View/Edit Submission | Withdraw

## LANGUAGE RESUMES    - Full-time

USA-California-Fremont
Job Posting : Sep 10, 2010 – Job Number: 010012
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 17, 2011
View Submission | Withdraw

## Language Professional - Arabic/MSA    - Full-time

USA-Maryland-Ft. Meade
Job Posting : Dec 9, 2010 – Job Number: 013908
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 14, 2011
View Submission

## Counter Intelligence Support Specialist MNF Iraq    - Full-time

Iraq
Job Posting : Jan 12, 2011 – Job Number: 015031
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Feb 14, 2011
View Submission

## Native Linguist Arabic (Levantine) - MDFM01    - Full-time

USA-Maryland-Ft. Meade
Job Posting : Jan 13, 2011 – Job Number: 014988
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 17, 2011
View/Edit Submission

## Language Professional - Arabic (MSA) - GAGO02    - Full-time

USA-Georgia-Augusta
Job Posting : Dec 13, 2010 – Job Number: 013997
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 14, 2011
View/Edit Submission

## Native Lingiust - Arabic (Iraqi) - GAGO02    - Full-time

USA-Georgia-Augusta
Job Posting : Dec 14, 2010 – Job Number: 014009
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Feb 3, 2011
View Submission

## Arabic Senior Linguist    - Full-time

USA-Virginia-Reston
Job Posting : Dec 6, 2010 – Job Number: 007889
Job Status: Active (Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 13, 2011

View/Edit Submission | Withdraw

### Arabic-Levantine Language Professional Linguist - Full-time
USA-Georgia-Augusta
Job Posting : Nov 23, 2010 – Job Number: 013416
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 13, 2011
View Submission

### Arabic-Iraqi Language Professional Linguist -
Full-time
USA-Georgia-Augusta
Job Posting : Oct 27, 2010 – Job Number: 012372
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 10, 2011
View Submission | Withdraw

### Arabic Veteran Linguist      - Full-time
USA-Georgia-Augusta
Job Posting : Oct 27, 2010 – Job Number: 012383
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Feb 16, 2011
View Submission

### Arabic Senior Linguist      - Full-time
USA-Georgia-Augusta
Job Posting : Nov 3, 2010 – Job Number: 012384
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 10, 2011
View Submission | Withdraw

### Arabic Veteran Linguist      - Full-time
USA-Maryland-Ft. Meade
Job Posting : Dec 14, 2010 – Job Number: 014106
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Feb 16, 2011
View Submission

### Arabic Senior Linguist      - Full-time
USA-Maryland-Ft. Meade
Job Posting : Dec 14, 2010 – Job Number: 014104
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 10, 2011
View Submission | Withdraw

### Arabic Native Linguist      - Full-time
USA-Georgia-Augusta
Job Posting : Oct 27, 2010 – Job Number: 012382
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Jan 10, 2011
View Submission | Withdraw

### Arabic Primary Linguist      - Full-time
USA-Virginia-Reston

Job Posting : Jul 1, 2010 – Job Number: 006030
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Completed– Updated: Sep 21, 2010
View Submission | Withdraw

My Submissions - Page 1 of 1 **Previous | 1 | Next**

**Withdraw All Submissions**

Powered by **Taleo ✕**

**Exhibit - 14**

**DEFENSE SECURITY SERVICE**
DEFENSE INDUSTRIAL SECURITY CLEARANCE OFFICE
2780 AIRPORT DRIVE, SUITE 400
COLUMBUS, OH 43219-2268

MAY 0 3 2011

Mr. Ahmad H. Al-Kaysey
98-23 Horace Harding Expressway, #18M
Corona, NY 11368

Dear Mr. Al-Kaysey:

Reference your letter dated April 27, 2011, wherein you provided a copy of an Incident Report (IR) concerning you that is maintained in the Joint Personal Adjudication System (JPAS). In your letter you requested that an investigation be conducted to resolve the issues set out in the IR or that an adjudication decision be rendered based on existing information.

A review of the JPAS has revealed that there is only one employer listed as sponsoring you for a security clearance and that company, L-3 Communications/Titan Corporation, Reston, VA, posted a notice in the JPAS that you had separated from their employ effective August 3, 2010. Since there were no subsequent cleared entities listed in the JPAS as sponsoring you for clearance eligibility, the investigation/adjudication process was discontinued and we regret that we are unable to proceed with your request for further action.

If you are again employed in a position requiring a security clearance, the processing can be resumed upon the submission of a new application. Please feel free to contact us if we can be of further assistance.

Sincerely,

Salvatore J. Demarco
Adjudications Release Specialist
Planning Office (Linthicum)

**From:** Occ Customer Service <Occ.Cust.Serv@dss.mil>
**To:** TOTA5@aol.com
**Subject:** RE: Resolving Incident Report
**Date:** Wed, Apr 27, 2011 11:22 am

Good Day Ahmad Al-kaysey,

If you are employed in a position requiring a security clearance, please
see your Facility Security Officer (FSO) or Unit Security Office
Personnel for information pertaining to your clearance.
If you are not employed in a position requiring a security clearance,
for the information you requested, you may send a notarized letter to:

Defense Security Service
Attn: Privacy Act Officer
2780 Airport Dr., Suite 400
Columbus, OH 43219

Your letter must include:
*Your current full name
*Any other names you may have used in the past
*Date of Birth
*Social Security Number
*An originally notarized signature
*A brief description of the records you are seeking
*Any other information that you believe may be useful in our search for
records pertaining to you

Please contact the DoD Security Services center at 888-282-7682, if you
require further assistance.

---

Trevor
AMERICAN SYSTEMS Customer Service Representative DoD Security Services
Center, Defense Security Service (DSS)
2461 Eisenhower Avenue, Suite 836, Alexandria, VA 22331 Help Desk:
1-888-282-7682

---

-----Original Message-----
From: TOTA5@aol.com [mailto:TOTA5@aol.com]
Sent: Friday, April 22, 2011 12:24 PM
To: Occ Customer Service
Subject: Resolving Incident Report

Dear Sir/Madam

My name is Ahmad Al-kaysey. I have Active TS/SCI however, there is an
incident report on file. There is no pending investigation to this
report. This incident report has deprived me from getting any
employment. Every time an employer checks JPAS and notice there is an
incident report, right away I get declined from consideration!. How do I
make a request to have the incident report investigated and eventually
removed from my record? do I make a direct notorized request to DISCO?
what are my rights as a clearance holder?

Please provide feed back. Thank you

Respectfully,

Ahmad Al-kaysey
XXX-XX-4218

Case 1:11-cv-06318-RRM-LB   Document 1   Filed 12/27/11   Page 73 of 86 PageID #: 835

**From:** JPAS Help Desk (BP) <JPASHD@dss.mil>
**To:** TOTA5@aol.com
**Subject:** RE: Guidance needed
**Date:** Tue, Feb 1, 2011 9:32 am

---

Good day,

To be processed for an investigation or security clearance, a person
must be employed in a position, or offered employment in a position,
which requires access to classified information by a government agency
or DoD contractor.

Melissa Reid
DoD Security Services Center
888-282-7682

-----Original Message-----
From: TOTA5@aol.com [mailto:TOTA5@aol.com]
Sent: Sunday, January 30, 2011 16:16
To: JPAS Help Desk (BP)
Subject: Guidance needed

Dear Sir/Madam,

My name is Ahmad Al-kaysey. I possess active TS/SCI with CI Poly and
have an incident report on my JPAS account. I am unable to find any
employment for the last six months unless the incident report is dealt
with and the status change!. How do I go about requesting an
investigation to be open related to this report? Please provide
guidance. Thank you.

Respectfully,

Ahmad Al-kaysey

**Exhibit - 15**



**DEPARTMENT OF DEFENSE**
HEADQUARTERS, 5TH SPECIAL FORCES GROUP (AIRBORNE)
6101 TENNESSEE AVENUE
FORT CAMPBELL, KY 42223

REPLY TO
ATTENTION OF:

# CERTIFIED MAIL

May 17, 2011

Command Headquarters

Mr. Ahmad Al-Kaysey
9823 Horace Harding Expressway
Apartment 18M
Flushing, New York  11368-4276

Dear Mr. Al-Kaysey:

   Thank you for your correspondence dated February 21, 2011, regarding your civilian company's termination of your contract employment under US Forces – Iraq (USF-I).

   I was not in any way then, nor can I be now, involved in matters related to your termination or annotations made to your Joint Personnel Adjudication System record.  USF-I authorities have advised that this is a matter to be resolved strictly between you and your civilian employer and that any additional due process that is available must be routed through L-3 Communications.

   Your October 3, 2010, anonymous allegations to the Inspector General in Iraq regarding Operational Detachments – Alpha 5223 and 5224 have been thoroughly investigated.

                                        Sincerely,

                                        Mark E. Mitchell
Encl                                    Colonel, U.S. Army
Al-Kaysey letter, dated 21 FEB 11       Commanding

CF:
CJSOTF-AP
Group Judge Advocate, 5th SFG(A)
L-3 Communications

**Exhibit - 16**

To: Privacy Act Office,
Defense Manpower Data center

May 12, 2011

Dear Sir/Madam,

My name is **Ahmad Al-kaysey, SS# 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, DOB 06-17-1961/Iraq. I am requesting an
amendment/expungement to the incident report that is on my record with JPAS.**

**Description of Record**: One page Incident report dated August 2, 2010 on JPAS System (see attached
Copy of report).

**Description of the items to be Ammended**: Incident report on JPAS under the account of Ahmad Al-
kaysey, SS# 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, DOB 06/17/1961. Copy of incident report is attached.

**Type of Amendment**: Expungement of the incident report from my file and JPAS System.

**Reason for Amendment:**

1- **Acuracy:** The incident report is totally general,  vague, and has no supporting evidence,
witnesses , or truthfulness  to its content. There is no name of specific unit I worked for or
location. There is no specific dates  relevant to the incident report or specific  time frame
indicated. There is no  name of witnesses or sources to this matter in order to determine their
credibility and form of association  with the subject (myself).  The report claims 500-600 calls
were made  over a period of 20 months without being detected is uncredible and unbelievable.
There is no Phone record or phone invoices or recorded conversations  available to verify if the
calls exist? the number of calls made? The telephone number used? and time frame by date for
these calls.

2- **Relevance**: This incident report is not relavant since it does not have any supporting evidence,
or witnesses to stand . The incident report is no more than a baseless and unsubstantiated
report. Furthermore, I already lost my employment unjustly due to such noncredible  and
baseless report.

3- **Completeness:** The information in the record is incomplete with respect to its purpose due to
the non existent of  supporting evidence, witnesses , or truthfulness. The report claims 500-600
calls were made  over a period of 20 months without being detected is uncredible and
unbelievable.  There is no Phone record or phone invoices or recorded conversations available
to verify if the calls exist? the number of calls made? The telephone number used? And time
frame by date for these calls.
I already made a request to  CJSOTF and  FOIA requesting all evidence related to this incident
report and all I received was a copy of an incident report. No other evidence exist.
I am more than willing to go through an investigation and take Polygraph test if necessary in
order to prove the incident report is baseless, invalid,  and I am innocent of such a claim.

Page 1 of 2

Ahmad Alkaysey                                            SS# 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

4- **Fairness:** The incident report on my record is unfair due to the non existing evidence or witness to substantiate and support such claim. The incident report costed me to lose my employment unjustly already. The incident report has deprived me from many employment opportunities that require active clearance for the last eight months. Numerous employers declined my application for employment due to the existance of the incident report on my JPAS (please see attached copy of few of many declination by employers).The Last employment opportunity rejection was on April 22, 2011 by All World Language Consultants

I served the US Army as a linguist for five and a half years and put my life on the line hundred of times for the sake of success of the Operation Iraqi Freedom (OIF) mission. I am enclosing name of few commanders I worked with during my deployment in Iraq for verification of my character, loyalty, and faithfulness toward the Army and my work.

Mj.Eric K. Erickson-5th Group, Mj.Bryant Mehan – 5th Group, Cpt. Simon Powelson-10th Group, Cpt. Michael Roenfanz-10th Group. I was known to all those Commanders and units as "<u>Lance</u>".

My allegiance is fully to the United States Government and to serve the interest of United States of America in full faith, honor, and commitment.

Your consideration to review and amend my request for expungement of he incident report from my records and JPAS System would be appreciated. Please notify me of any action taken promptly. Thank you.


Sincerely,


Ahmad Al-kaysey,

May 12, 2011


.

Defense Security Service
Office of Freedom of Information and Privacy
1340 Braddock Place
Alexandria, Virginia 22314-1651



Freedom of Information Act

## Amendment - Correction Instructions

Upon request and proper identification by any individual who has been granted access to DSS records pertaining to himself or herself, that individual may request, either in person or through the mail, that the record be amended. Such a request must be made in writing and addressed to the **Defense Security Service, Office of FOIA and Privacy, Record Amendment Request, 1340 Braddock Place, Alexandria, Virginia 22314-1651.**

**CONTENT**

The following information must be included to ensure effective action on the request.

1. **DESCRIPTION OF THE RECORD** - Requesters should specify the number of pages and documents, the titles of the documents, form numbers if there are any, dates on documents and names of individuals who signed them. Any reasonable description of the document is acceptable.

2. **DESCRIPTION OF THE ITEMS TO BE AMENDED** - The description of the passages, pages or documents to be amended should be as clear and specific as possible.
   a.  Page, line and paragraph numbers should be cited where they exist.
   b.  A direct quotation of all or a portion of the passage may be made if it isn't otherwise easily identifiable. If the passage is long, a quotation of its beginning and end will surface
   c.  In certain cases, a simple substantive request may be appropriate, (e.g., "delete all references to my alleged arrest in July 1980."
   d.  If the requester has received a copy of the record, an annotated copy of documents to be amended, may be submitted.
3. **TYPE OF AMENDMENT** - The requester must clearly state the type of amendment being requested.
   a.  Deletion or expungement, (i.e., a complete removal from of the record of data, sentences, passages, paragraphs or documents).
   b.  Correction of the information in the record to make it more accurate, (e.g., rectify mistaken identities, dates, data pertaining to the individual, etc.).
   c.  Additions to make the record more relevant, accurate or timely may be requested.
   d.  Other changes may be requested. However, they must be specifically and clearly described.
4. **REASON FOR AMENDMENT** - Requests for amendment must be based on specific reasons, included in writing. Categories of reasons are as follows:
   a.  Accuracy - Amendment may be requested where matters of fact are believed to be incorrectly recorded, (e.g., dates, names, addresses, identification numbers, or any other information concerning the individual. The request, whenever possible, should contain the accurate information, copies of verifying documents, or indication of how the information can be verified.
   b.  Relevance - Amendment may be requested when information in a record is believed not to be relevant or necessary to the purposes of the record system.
   c.  Timeliness - Amendment may be requested when information is thought to be so old as to no longer be pertinent to the stated purposes of the records system. It may also be requested when there is recent information of a pertinent type that is not included in the record.
   d.  Completeness - Amendment may be requested where information in a record is incomplete with respect to its purpose.

The data thought to have been omitted should be included or identified with the request.

e.   Fairness - Amendment may be requested when a record is thought to be unfair concerning the Subject, in terms of the stated purposes of the record. In such cases, a source of additional information to increase the fairness of the record should be identified where possible.

f.   Other Reasons - Reasons for requesting amendment are not limited to those cited above. The content of the records is authorized in terms of its stated purposes which should be the basis for evaluating them. However, any matter believed appropriate may be submitted as a basis of an amendment request.

g.   Court Orders - Court orders and statutes may require amendment of a file. While they do not require a Privacy Act request for execution, such may be brought to the attention of DSS by using these procedures

Exhibit 17

# Incident History

## ALKAYSEY, AHMAD H
### SSN: 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

| Person Category | Incident Date | Receiving CAF | CAF Received Date | Incident Criteria |
|---|---|---|---|---|
| Industry | 2010 08 02 | N/A | N/A | Allegiance to the United States, Foreign Influence, Foreign Preference, Personal Conduct, Security Violations |

| Status | Date | Unclassified Description |
|---|---|---|
| Initial | 2010 08 03 | Mr. AlKaysey is being terminated immediately. He was a linguist assigned to a Special Forces Operational Detachment Alpha (ODA) for sensitive source operations. During this task, he was required to interface via cell phone or through other methods with suspected/known insurgent operatives and their networks. After making initial contact with a suspected source target, he was told to ceas and desist all further contact. Mr. AlKaysey disobeyed this order and continued communication with the source. This was reported to ODA by a secondary source and confirmed when the ODA conducted a check on the initial source's cell phone; revealing between 500-600 calls within a 20 month period. It has been suggested, but not verified, by the same third source that supplied the ODA with the information about the phone calls that Mr. AlKaysey may be interfacing with sources from other ODA's and/or sources who work with other U.S. Military units. *** POC for this report is 1LT ▮▮▮▮▮ DSN: 318-242-0054 or ▮▮▮▮▮▮▮▮▮▮▮ |

Close

**Notice:**   Under the Privacy Act of 1974, you must safeguard personnel information retrieved through this system. Disclosure of information is governed by Title 5, United States Code, Section 552a Public Law 93-579, DoDD 5400.11, DoDR 5400.11-R and the applicable service directives.

Exhibit 18



**Global Linguist Solutions**

Joint Base Balad Building 6368
APO, AE 09391
Toll Free: 1-703-840-1381 Ext 4-0125
DSN: 318-483-3186
SIPR: 708-241-1908

03 August, 2010

**MEMORANDUM FOR RECORD**

TO: Sammy Wiglesworth, Director of Iraq Linguists Operations, ISMO Joint Base Balad, IRAQ

SUBJECT: TERMINATION RECOMMENDATION OF Mr. ALKAYSEY, Ahmed 1440592

1. Mr. ALKAYSEY, Ahmed EID: 1440592 CAT III linguist was released from his unit due to violating OPSEC. Mr. ALKAYSEY was assigned to SOTF ODA for sensitive source operations. During this task, he was required to interface via cell phone or through other methods with suspected/known insurgents operatives and their networks. After making initial contact with a suspected source target, linguist was told to cease and desist all further contact. Mr. ALKAYSEY disobeyed this orders and continued communication with the source. This was reported to the ODA by a secondary source and confirmed when the ODA conducted a check on the initial source's cell phone; revealing between 500-600 calls within a 20 month period. Theater Linguist Manager SSgt Latoya Leon has requested that Mr. ALKAYSEY be terminated. It is our recommendation to terminate him for cause for OPSEC violation.

2. The POC for this memorandum is Riza A. Mohammad Email: riza.mohammad@gls-1.com , GLS VOIP: 40125.

//////////Original Signed///////////
Riza A. Mohammad
Deputy Director - U.S. Hire Program
ISMO Operations

☒    Concur

☐    Do Not Concur

☐    Reassign to New Billet

//////////Original Signed///////////
Sammy Wilgesworth
Director of Iraq Linguists Operations
ISMO, Joint Base Balad, Iraq

PRINTED ON 3 August 2010

**L3**

**communications**

**Linguist Operations & Technical Support**
1900 Campus Commons Drive Suite 600
Reston, VA 20191-1535
Tel: (703) 390-7600  Fax: (703) 390-7308
www.L-3com.com/lots

August 27, 2010

Ahmad Al Kaysey
98-23 Horace Harding Exp Way #18-M
Corona, NY 11368

Dear Mr./Ms. Al Kaysey:

The purpose of this letter is to acknowledge your termination due to security clearance with Linguist Operations and Technical Support effective August 7, 2010. The details regarding your pay and benefits are below.

Please remember that when you joined L-3 Communications LOTS, you signed a Proprietary Information Agreement. If you would like to request a copy of the Agreement, please contact the Human Resources Department.

**Your Benefits**
Your benefits coverage will continue through the end of the current month in which your termination is effective. This included deductions for medical, dental, 401k plan, and any other benefits in which you may be currently enrolled.

As a former employee of LOTS, you will be entitled to extend your current medical and dental benefits for a period of up to 18 months (COBRA benefits). In accordance with Federal law, you will receive a written description of your COBRA rights. This information will be sent directly to your home address. In order to qualify for extended medical/dental coverage you must have been actively employed by L-3 Communications and have been a participant in L-3 Communications LOTS medical/dental plans.

**If you have any questions about your benefits or pay, please contact the following representatives:**

| | | |
|---|---|---|
| Benefits Department | Benefits | Lotsdhrbenefitsmailbox@l-3com.com |
| Shelley Valdez | Payroll | (703) 390-7653 |
| Joy Ashcraft | Security | (703) 390-8459 |
| T. Rowe Price | 401k | (800) 922-9945 |
| Fidelity Investments | 401k | (800) 835-5091 |
| HR Department | HR | (703) 390-7600 |

**Unemployment Services**
You may be eligible to receive unemployment benefits. If you were working within the United States please contact the local division in the state in which you work. If you were working in an international location please contact the Virginia Employment Commission.

Sincerely,

*Dorothy m. Lawrimore*

Dorothy Lawrimore
Human Resources Director
Linguist Operations and Technical Support (LOTS)